| | |
|---|---|
| **ROPES & GRAY LLP** | **FOLEY & LARDNER LLP** |
| Chris L. Dickerson (*pro hac vice* pending) | Holland N. O'Neil (TX 14864700) |
| Rahmon J. Brown (*pro hac vice* pending) | Mark C. Moore (TX 24074751) |
| 191 North Wacker Drive, 32nd Floor | Zachary C. Zahn (TX 24137675) |
| Chicago, Illinois 60606 | 2021 McKinney Avenue, Suite 1600 |
| Telephone: (312) 845-1200 | Dallas, TX 75201 |
| Facsimile: (312) 845-5500 | Telephone: (214) 999-3000 |
| chris.dickerson@ropesgray.com | Facsimile:  (214) 999-4667 |
| rahmon.brown@ropesgray.com | honeil@foley.com |
| | mmoore@foley.com |
| | zzahn@foley.com |

*Proposed Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TGI Friday's Inc., *et al.*,[1] | Case No. 24-80069-sgj11 |
| | (Joint Administration Requested) |
| Debtors. | |

## NOTICE OF FIRST DAY HEARINGS

**PLEASE TAKE NOTICE** that hearings on the following first day matters will take place virtually **via Webex ONLY** on **Monday, November 4, 2024 at 11:00 A.M. Central Time,** before the Honorable Stacey G.C. Jernigan, U.S. Bankruptcy Judge for the Northern District of Texas:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Harford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014).  The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

1. *Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 2] (the "Joint Administration Motion");

2. *Notice of Designation as Complex Chapter 11 Bankruptcy Case* [Docket No. 3] (the "Complex Case Notice");

3. *Debtors' Emergency Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket No. 14] (the "Schedules Extension Motion");

4. *Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Stretto Inc. as Claims, Noticing and Solicitation Agent Effective as of the Petition Date* [Docket No. 10] (the "Stretto Retention");

5. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated (A) Creditor Matrix and (B) Top [50] Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, and (III) Granting Related Relief* [Docket No. 5] (the "Creditor Matrix Motion");

6. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 13] (the "Cash Management Motion");

7. *Debtors' Emergency Motion for Entry of an Order (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief* [Docket No. 12] (the "Utilities Motion");

8. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetiton Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 15] (the "Customer Programs Motion");

9. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; (II) Authorizing Continuation and Renewal of Surety Bond Program; and (III) Granting Related Relief* [Docket No. 6] (the "Insurance Motion");

10. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Prepetition Wages, Employee Benefits (A) Obligations, and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related (C) Administrative Obligations, and (II) Grant Related Relief* [Docket No. 11] (the "Wages Motion");

11. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 20] (the "Taxes Motion");

12. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and PACA/PASA Claimants (I) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief* [Docket No. 18] (the "PACA/PASA Motion");

13. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Rejection of Certain Contracts and Nonresidential Real Property Leases, (II) Abandoning Certain Personal Property, and (III) Granting Related Relief* [Docket No. 7] (the "Contract Rejection Motion");

14. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 9] (the "Rejection Procedures Motion");

15. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief* [Docket No. 17, 19] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearings may do so via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage at the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing all parties familiarize themselves with the Court's WebEx Information and Tips: https://www.txnb.uscourts.gov.clerk's notice.

PLEASE TAKE FURTHER NOTICE that parties may make electronic appearances in advance of the hearing by visiting the following link: https://www.txnb.uscourts.gov/electronic-appearances-5.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 3, 2024 | Respectfully submitted by: |
| | /s/ Holland N. O'Neil |
| | **FOLEY & LARDNER LLP** |
| | Holland N. O'Neil (TX 14864700) |
| | Mark C. Moore (TX 24074751) |
| | Zachary C. Zahn (TX 24137675) |
| | 2021 McKinney Avenue, Suite 1600 |
| | Dallas, TX 75201 |
| | Telephone: (214) 999-3000 |
| | Facsimile:  (214) 999-4667 |
| | honeil@foley.com |
| | mmoore@foley.com |
| | zzahn@foley.com |
| | |
| | - and - |
| | |
| | **ROPES & GRAY LLP** |
| | Chris L. Dickerson (*pro hac vice* pending) |
| | Rahmon J. Brown (*pro hac vice* pending) |
| | 191 North Wacker Drive, 32nd Floor |
| | Chicago, IL 60606 |
| | Telephone: (312) 845-1200 |
| | Facsimile: (312) 845-5500 |
| | chris.dickerson@ropesgray.com |
| | rahmon.brown@ropesgray.com |
| | |
| | *Proposed Counsel to the Debtors* |

## CERTIFICATE OF SERVICE

I certify that on November 3, 2024, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

/s/ Zachary C. Zahn
Zachary C. Zahn