**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TGI Friday's Inc., *et al.*,[1] | Case No. 24-80069-sgj11 |
| Debtors. | (Joint Administration Pending) |

## CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtors in the above-captioned cases.

On November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Emergency Motion for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases** (Docket No. 2)

- **Notice of Designation as Complex Chapter 11 Bankruptcy Case** (Docket No. 3)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, and (III) Granting Related Relief** (Docket No. 5)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; (II) Authorizing Continuation and Renewal of Surety Bond Program; and (III) Granting Related Relief** (Docket No. 6)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Rejection of Certain Contracts and Nonresidential Real Property Leases, (II) Abandoning Certain Personal Property, and (III) Granting Related Relief** (Docket No. 7)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Harford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014). The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief** (Docket No. 9)

- **Debtors' Emergency Application for Entry of Interim and Final Orders Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent Effective as of the Petition Date** (Docket No. 10)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations, and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Emergency Motion for Entry of an Order (I) (A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 12)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief** (Docket No. 13)

- **Debtors' Emergency Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs** (Docket No. 14)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief** (Docket No. 15)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief** (Docket No. 17)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and PACA/PASA Claimants (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief** (Docket No. 18)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 20)

- **Notice of First Day Hearings** (Docket No. 27)

- **Declaration of Kyle Richter, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions** (Docket No. 28)

- **Declaration of Kyle Richter, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions** (Docket No. 30)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

Furthermore, on November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; (II) Authorizing Continuation and Renewal of Surety Bond Program; and (III) Granting Related Relief** (Docket No. 6)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Rejection of Certain Contracts and Nonresidential Real Property Leases, (II) Abandoning Certain Personal Property, and (III) Granting Related Relief** (Docket No. 7)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations, and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Emergency Motion for Entry of an Order (I) (A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 12)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief** (Docket No. 13)

- **Debtors' Emergency Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs** (Docket No. 14)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 20)

- **Notice of First Day Hearings** (Docket No. 27)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

Furthermore, on November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; (II) Authorizing Continuation and Renewal of Surety Bond Program; and (III) Granting Related Relief** (Docket No. 6)

- **Debtors' Emergency Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs** (Docket No. 14)

- **Notice of First Day Hearings** (Docket No. 27)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

Furthermore, on November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Rejection of Certain Contracts and Nonresidential Real Property Leases, (II) Abandoning Certain Personal Property, and (III) Granting Related Relief** (Docket No. 7)

- **Notice of First Day Hearings** (Docket No. 27)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **<u>Exhibit E</u>**:

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief** (Docket No. 9)

- **Notice of First Day Hearings** (Docket No. 27)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

Furthermore, on November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on InfoSync Services, LLC, Attn: Joanne Messigner at joanne.messinger@issvc.com:

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations, and (II) Granting Related Relief** (Docket No. 11)

- **Notice of First Day Hearings** (Docket No. 27)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

Furthermore, on November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **<u>Exhibit F</u>**:

- **Debtors' Emergency Motion for Entry of an Order (I) (A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 12)

- **Notice of First Day Hearings** (Docket No. 27)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

Furthermore, on November 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit G**:

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 20)

- **Notice of First Day Hearings** (Docket No. 27)

- **Witness and Exhibit List on First Day Hearings** (Docket No. 32)

- **Agenda for First Day Hearings on November 4, 2024 at 11:00 A.M. Central Time** (Docket No. 33)

Dated: November 3, 2024

*/s/ James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(833) 505-4418
TeamTGIFridays@Stretto.com

# **<u>Exhibit A</u>**

# STRETTO

## Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Active Media Services Inc | Attn: Jeffrey Pappas | | achievemore@activeinternational.com |
| Allied Austin Llc | | | bbergman@muss.com |
| ARC CAFEUSA001 LLC | c/o Vereit, INc. | | relegal@vereit.com |
| Brass Mill Commons Realty Holding LLC | c/o Brass Mill Center | | jsaponaro@meyersroman.com |
| Brookwood Interchange Office I LLC | | | sboze@bookwoodfinancial.com |
| CR Mount Pleasant LLC | c/o Continental Realty Corporation | Attn: Stephani Shack | info@crcrealty.com |
| Department of Revenue - Internal Revenue Service | United States of America | Attn: Donna K. Webb | donna.webb@usdoj.gov |
| DFW International Airport Board | Attn: Sean Donohue | | jbaker2@dfwairport.com |
| Digitas Inc | Attn: Linda Piggot | | lindapiggot@digitas.com |
| DK Crown Holdings Inc dba DraftKings Inc | Attn: Jason Robins | | jrobins@draftkings.com |
| DLR Properties LLC | Attn: Daniel S. Dornfeld | | ddornfeld@forchellilaw.com |
| DoorDash Inc | | | ir@doordash.com |
| EklecCo NewCo LLC | c/o Pyramid Management Group, LLC | | davidvinehout@pyramidmg.com |
| Heidrick and Struggles Inc | Attn: Anne Rockey | | arockey@heidrick.com |
| Independent Franchisee Association, Inc. | c/o Ross, Smith & Binford, PC | Attn: Frances Smith & Jason Binford | frances.smith@rsbfirm.com jason.binford@rsbfirm.com |
| Katz Media Group Inc | Attn: Kimberly Browne | | kim.browne@katz-media.com |
| Kimco Realty Corporation | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Loews West Long Branch Cinemas | Attn: Luke Hilboldt | | lhilboldt@amctheatres.com |
| Northern District of Texas Office of The U.S. Trustee | Attn: Meredyth A. Kippes | | meredyth.kippes@usdoj.gov |
| Office of the Attorney General for the State of Arkansas | | | OAG@ArkansasAG.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Florida | | | ashley.moody@myfloridalegal.com |
| Office of the Attorney General for the State of Louisiana | | | constituentservices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of Virginia | | | mail@oag.state.va.us |
| Rancho Mall LLC | c/o Brookfield Properties | | shannon.preciado@bpretail.com |
| Route 140 School Street LLC | | | Katrina.Meidanis@wsdevelopment.comt.com |
| Schick Construction Inc | Attn: Benjamin Schick | | ben@schickconstruction.com |
| Securities and Exchange Commission | Attn: Andrew Calamari | | newyork@sec.gov |
| South Shore Mall Realty LLC | c/o Namdar Realty Group | Attn: Igar Namdar | igar@namdarllc.com legal@namdarllc.com abstract@namdarllc.com renewals@namdarllc.com |
| Spark Branding House Inc | Attn: Jessie Hamlin | | jessie@spark.us |
| State of Texas | Office of the Attorney General | | publicrecords@oag.texas.gov |

**STRETTO**

**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Texas Partners Bank, a Texas State Bank dba The Bank of San Antonio | c/o Norton Rose Fulbright US LLP | Attn: Toby L Gerber, Kristian W Gluck, Jason I Blanchard & Michael Berthiaume | toby.gerber@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>jason.blanchard@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com |
| Towson TC LLC | c/o General Growth Properties | Attn: Jeff Sneddon | jeffrey.sneddon@bpretail.com |
| Tru Touching Humans LLC dba TRUth | Attn: Yousef Kattan | | ykattan@truad.com |
| Tyler Mall Limited Partnership | c/o GGP, Inc. | Attn: Emily Martin | emily.martin@brookfieldpropertiesretail.com |
| US Attorney's Office For The Northern District of Texas | Leigha Simonton | | usatxn.usao@usdoj.gov |
| USA Today | Attn: Caren Bohan | | cbohan@usatoday.com |
| Valley Stream Green Acres Llc | c/o The Macerich Company | Attn: Joseph Floccari | greenacresar@macrich.com |
| WG Park LP Willow Grove Park Mall | c/o PREIT Services LLC | Attn: Paula Charles | Paula.Charles@preit.com |
| Woodbury Centre Partners LLC | c/o Blueshine Capital LLC | Attn: Mel Firer | mel@blueshinecapital.com |
| Zaliv LLC | | | commercialace@gmail.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 2 of 2

# **<u>Exhibit B</u>**

STRETTO

**Exhibit B**

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Bank of America, N.A. | Attn: Tiffany Talmage | tiffany.talmage@bofa.com |
| Texas Independent Bank | Attn: Mary Fran Semmes | msemmes@tib.bank |
| Texas Partners Bank, d/b/a The Bank of San Antonio | Attn: Jennifer Dunem | jennifer.dunem@tesaxpartners.bank |
| U.S. Bank National Association | Attn: Roger F. Plott | roger.plott@usbank.com |
| Wells Fargo Bank, N.A. | Attn: Dave Humes | humesdae@wellsfargo.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 1 of 1

# **Exhibit C**

# STRETTO

**Exhibit C**

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| American International Group, Inc. (AIG) - World Risk | | IR@aig.com |
| American Zurich Insurance Company | | colleen.zitt@zurichna.com |
| AXIS Insurance Company (Admitted) | | usfnol@axiscapital.com |
| AXIS Insurance Company (Admitted) | | notices@axiscapital.com |
| Berkley Professional Liability Claims | c/o Claims, Department Address | claims@berkleypro.com |
| CNA Claims Reporting | | hpreports@cna.com specialtypronewloss@cna.com |
| Employers Insurance Company of Wausau (an affiliate of Liberty Mutual Insurance Company) | | tara.kasper@libertymutual.com |
| Federal Insurance Company | Attn: Chubb Claims Department | chubbclaimsfirstnotice@chubb.com |
| Federal Insurance Company | Attn: Chubb Underwriting Department | na.financiallines@bhubb.com |
| GCPT Claims Department | | gcpt.claims@britinsurance.com |
| Global Cyber Technology Claims | c/o Lockton Companies LLP | gctclaims@uk.lockton.com |
| Liberty Special Markets | | lsmfinproclaims@libertyglobalgroup.com |
| Lockton Companies LLC | | kclicensing@lockton.com |
| Lords of London | c/o Lloyd's America, Inc. Attn: Legal Department | Sabrina.Miesowitz@lloyds.com |
| Navigators Management Co., Inc. | Attn: Claims Division | newloss@thehartford.com |
| Navigators Specialty Insurance Company | | cmcwatters@navg.com |
| QBE Insurance Corporation | | mlpladmin@us.qbe.com professional.liability.claims@us.qbe.com |
| The Continental Insurance Company | | joseph.manero@cna.com |
| The North River Insurance Company | | mark.scheetz@cfins.com |
| XL Insurance America, Inc. | Attn: Excess Casualty Claims Manager | webfnol.na@axaxl.com |
| XL Insurance America, Inc. | | webfnol.na@axaxl.com |
| Zurich American Insurance Company | | colleen.zitt@zurichna.com |
| Zurich Claim Reporting | | uszcarecenter@zurichna.com center@zurichna.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 231st CGS, LLC, Beachwood RFM LLC, Beachwood FAM LLC | Attn: Carolyn Meckler | | csmeckler@me.com |
| Allied Austin, LLC | Attn: Bill Bergman | | bergman@muss.com |
| American Multi-Cinema, Inc. | Attn: Dant Bright | | dbright@amctheatres.com |
| ARC CafeUSA001, LLC | c/o Vereit, INc. | Attn: Denise Cameron | coralskypm@gmail.com |
| Benjamin Schick | Attn: Benjamin Schick | | Ben@schickconstruction.com |
| Brass Mill Commons Ralty Holding LLC | c/o Brass Mill Center | Attn: Joseph M. Saponara | jsaponaro@meyersroman.com |
| Brighton Commons Partnership, LP | Attn: Bruce Hunt | | bhunt@thecabotgroup.com |
| Brookwood Interchange Office I, LLC, Brookwood Interchange Office II, LLC | Attn: Susan Boze | | sboze@bookwoodfinancial.com |
| BVA Deerbrook SPE LLC and Deerbrook SPE Schulmann LLC | c/o Big V Properties LLC | Attn: Courtney E. Bain | cbain@bigv.com |
| Centennial Square, LLC | Attn: Michael Gartenberg | | MichaelG@gardenhomes.com |
| Cerritos TC Property LLC | c/o Vestar Management | Attn: Janice Fenimore Scott | jscott@vestar.com |
| Continental Plaza Owner, LLC, and Continental Plaza TIC, LLC | | | clofaro@newjerseylawyers.law |
| Cosentino Realty Islandia, LLC | c/o The Cosentino Realty Group | Attn: Peter Cosentino | peter@consentinoco.com |
| CREA/PPC Long Beach Towne Center PO, LLC | c/o Barings LLC | Attn: Sabrina Martin | ssabin@vestar.com |
| Crescent Land Development Associates, LLC | Attn: Alexandra Matamoros | | AMatamoros@feilorg.com |
| Dartmouth Commons Development LLC | Attn: Eric Shalem | | eshalem@prestige-nyc.com |
| Destiny USA Holdings, LLC | c/o Pyramid Management Group, LLC | Attn: Mitchell R. Sobolevsky | MitchellSobolevsky@pyramidmg.com |
| Dos Lagos Squared, LLC | Attn: Nikki Permchom | | contmgmt@yahoo.com |
| EkleCo Newco, LLC | c/o Pyramid Management Group, LLC | Attn: David Vinehout | Davidvinehout@pyramidmg.com |
| Fairview Realty Associates LLC, Brenda Phillips LLC | c/o Mandelaum | Attn: Michael Gartenberg | MichaelG@gardenhomes.com |
| Far West Storage, L.P. | Attn: Teri Ruhl | | truhl@bestcompanies.com |
| Freshwater MZI, LLC | c/o KPR Centers LLC | Attn: Jackie Perla | jperla@kprcenters.com |
| G&I IX Empire Big Flats, LLC | c/o DLC Management Corp | Attn: Adam Greenberg | agreenberg@dlcmgmt.com |
| Granada Plaza Group, LLC | Attn: Charles S. Lichtigman | | CL@charleswayne.com |
| GREF Eastland Center, LP | c/o Pine Tree Commercial Realty | Attn: Stephanie Taveras | staveras@pinetree.com |
| Hamilton Commons Associates LP | Attn: Mark Corcoran | | mark@mercermgt.com |
| Highwoods Preserve Owner, LLC | c/o Acadia Realty Trust | Attn:  Property Management | e.jblacksberg@acadiarealty.com |
| Highwoods Preserve Owner, LLC | c/o Ace Property management, Inc. | Attn: Steven Soto | stsoto@acfpm.com |
| Jemal's Boulevard LLC | c/o Zamias Services Inc. | Attn: Cindy Lindrose | clindrose@zamias.net |
| Kimco North Brunswick 617, LLC | Attn: Rober Wachtler | | rwachtler@kimcorealty.com |
| KRG Bel Air Square, LLC | c/o Kite Realty Group | Attn: Leslie Busing | lbusing@kiterealty.com |
| Lakewood Village Shopping Park LLC | Attn: Mathew G. Hankins | | mhankins@ashleygroup.net |
| Land Lease Holdings, LLC | Attn: TaBetha A Wall | | lease.administration@bccompany.com |
| Levin Properties LP | Attn: Paul Tavaglione | | ptavaglione@levinmgt.com |
| Lincoln Plaza Center, LP | c/o Kravco Simon Company | Attn: Trey Peckenpaugh | Trey.Peckenpaugh@simon.com |
| MartGart Merrick Ave Associates LLC | Attn: Lorrain Ahrens | | lahrens@gartprop.com |
| Middleyork, LLC | Attn: Andy Shapiro | | andyshap222@gmail.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| MP Promenade, LLC | c/o V3 Capital Group, LLC | | trey@v3capital.com |
| Newburgh Crossing, LLC | c/o Madison Properties | Attn: Dini Schlesigner | dini@madisonprop.com |
| Norther Village Associates LP, LS Capital Inc. | Attn: Katrina Nadres-Hurtado | | knadreshurtado@lscapital.com |
| OASG Hazlet LLC | c/o Onyx Management Group, LLC | Attn: John Spencer | john.spencer@cbre.com |
| Ocean & 5th Commercial LLC | Attn: Shadi Shomar | | shadi@artehospitality.com |
| Old Bridge Plaza Associates, LLC | Attn: Michael Gartenberg | | MichaelG@gardenhomes.com |
| One Southside Drive, LLC | c/o Windsor Companies | Attn: Carl Becker | cbecker@thewindsorco.com |
| Orange Park Mall, LLC | c/o WP Glimcher Inc. | Attn: Jet Leonard | jleonard@wpgus.com |
| PMAT-Stirling Crossroads, LLC | c/o Stirling Properties, LLC | Attn: Jan Kinard | jkinard@stirlingprop.com |
| Poughkeepsie Plaza Mall, LLC | c/o Poughkeepsie Shopping Center, Inc. | Attn: Rob Mehlich Jr | rmehlichjr@mehlichassoc.com |
| RAMA Shopping Center, Inc. | Attn: Ronald Compagnone | | builtbycomp@aol.com |
| Rancho Mall, LLC | c/o Brookfield Properties | Attn: Nick Marona | nicholas.marona@brookfieldpropertiesretail.com |
| Rockville Restaurant LLC | c/o Philips International | Attn: Sheila Chess | schess@pihc.com |
| Rose Investment Co., LLC | c/o Jones Lang LaSalle Americas, Inc. | Attn: Karen Mayer, RPA/FMA, CPM | karen.mayer@jll.com |
| Rosemead Place, LLC | c/o Beacon Property Management | Attn: Catherine Distefano | cdistefano@beaconpm.com |
| Simi Entertainment Plaza, LLC | c/o Lincoln Property Company | Attn: Joy Jugovic | jjugovic@lpc.com |
| Somerset County Shopping Center | c/o Levin Properties LP | Attn: Vanessa Kelby | vkelty@levinmgt.com |
| South Shore Mall Realty LLC, South Shore CH LLC, South Shore Nassim LLC | c/o Namdar Realty Group | Attn: Anthony Matinale | anthony@namdarllc.com |
| Statepo, LLC and Tennjack, LLC | Attn: Andy Shapiro | | andyshap222@gmail.com |
| Sudley Restaurant Holdings, LLC | Attn: Adan Scgwartz | | adamjerry@aol.com |
| Sunrise Promenade Associates | c/o Spiegel Associates | | dwilks@spiegelrealty.com |
| SUSO 4 Cedar Pointe LLP | c/o Slate Asset Management LP | Attn: Michael Siklos | msiklos@slateam.com |
| The Commons at Willowbrook, Inc. | c/o Stream Realty Partners - Houston LP | Attn: Lisa Gutierrez | lisa.gutierrez@streamrealty.com |
| The Gator Hold DEVCO DE, LLC | c/o TKG Management, Inc. | Attn: Kelly Sebastian | ksebastian@thekroenkegroup.com |
| The Shoppes at Wilton, LLC | c/o Maley Commercial Realty, Inc. | Attn: Corry Wiemann | cwiemann@thekroenkegroup.com |
| Towson TC, LLC | c/o General Growth Properties | Attn: Nick Marona | nicholas.marona@brookfieldpropertiesretail.com |
| Tyler Mall LP | c/o Brookfield Properties | Attn: Nick Marona | nicholas.marona@brookfieldpropertiesretail.com |
| Vestal Town Square, LLC | c/o Brixmor Property Group | Attn: Yolanta Tensor | Kasey.fogleman@brixmor.com |
| Virday LLC | Attn: Andy Shapiro | | andyshap222@gmail.com |
| Woodbury Centre Partners, LLC | c/o Blueshine Capital LLC | Attn: Mel Firer | mel@blueshinecapital.com |
| Zaliv LLC | Attn: Alexander Spivak | | commercialace@gmail.com |

# <u>Exhibit E</u>



**Exhibit E**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| 114 N. Sixth Realty Corp, Willo Realty LLC | c/o Brookwood Financial Partners, LLC | Attn: Ellen Dolan | edolan@brookwoodfinancial.com |
| 231st CGS, LLC, Beachwood RFM LLC, Beachwood FAM LLC | Attn: Carolyn Meckler | | csmeckler@me.com |
| Aliante Gaming, LLC | Attn: Steve Thomson | | stevethompson@boydgaming.com |
| Allied Austin, LLC | Attn: Bill Bergman | | bergman@muss.com |
| American Multi-Cinema, Inc. | Attn: Dant Bright | | dbright@amctheatres.com |
| Annapolis Harbour Center Associates, LLC | c/o Lerner Corporation | Attn: Sarlynn Wasserman | Swasserman@lerner.com |
| ARC CafeUSA001, LLC | c/o Vereit, INc. | Attn: Denise Cameron | coralskypm@gmail.com |
| Asalea Joint Venture, LLC | c/o Primestor | Attn: Jermaine McMihelk | jmcmihelk@primestor.com |
| Benjamin Schick | Attn: Benjamin Schick | | Ben@schickconstruction.com |
| Brass Mill Commons Ralty Holding LLC | c/o Brass Mill Center | Attn: Joseph M. Saponara | jsaponaro@meyersroman.com |
| Brighton Commons Partnership, LP | Attn: Bruce Hunt | | bhunt@thecabotgroup.com |
| Brooks Shopping Centers, LLC | c/o Mars Realty | Attn: Carl Calabro | carl.c@marxrealty.com |
| Brookwood Interchange Office I, LLC, Brookwood Interchange Office II, LLC | Attn: Susan Boze | | sboze@bookwoodfinancial.com |
| BVA Deerbrook SPE LLC and Deerbrook SPE Schulmann LLC | c/o Big V Properties LLC | Attn: Courtney E. Bain | cbain@bigv.com |
| California Hotel and Casino | Attn: Steve Thomson | | stevethompson@boydgaming.com |
| Centennial Square, LLC | Attn: Michael Gartenberg | | MichaelG@gardenhomes.com |
| Central Islip Holdings, LLC | Attn: Daniel Seligsohn | | dselproperties@gmail.com |
| Cerritos TC Property LLC | c/o Vestar Management | Attn: Janice Fenimore Scott | jscott@vestar.com |
| CLPF-Essex Green Village, LLC | c/o Charter Realty Management | Attn: Jessica Brown | Jessica@charterrealty.com |
| Coast Hotels and Casinos, Inc. | c/o Gold Coast Hotel & Casino | Attn: Steve Thomson | stevethompson@boydgaming.com |
| Cosentino Realty Islandia, LLC | c/o The Cosentino Realty Group | Attn: Peter Cosentino | peter@consentinoco.com |
| CREA/PPC Long Beach Towne Center PO, LLC | c/o Barings LLC | Attn: Sabrina Martin | ssabin@vestar.com |
| Crescent Land Development Associates, LLC | Attn: Alexandra Matamoros | | AMatamoros@feilorg.com |
| Crooked Run, LLC | Attn: Jay Lask | | emurphy@rdsdc.com |
| Dartmouth Commons Development LLC | Attn: Eric Shalem | | eshalem@prestige-nyc.com |
| Destiny USA Holdings, LLC | c/o Pyramid Management Group, LLC | Attn: Mitchell R. Sobolevsky | MitchellSobolevsky@pyramidmg.com |
| Dos Lagos Squared, LLC | Attn: Nikki Permchom | | contmgmt@yahoo.com |
| Eatontown Monmouth Mall LLC | c/o Brookfield Properties Retail | Attn: Lynne Lafferty | llafferty@kuahnercompanies.com |
| EkleCo Newco, LLC | c/o Pyramid Management Group, LLC | Attn: David Vinehout | Davidvinehout@pyramidmg.com |
| Fairview Realty Associates LLC, Brenda Phillips LLC | c/o Mandelaum | Attn: Michael Gartenberg | MichaelG@gardenhomes.com |
| Far West Storage, L.P. | Attn: Teri Ruhl | | truhl@bestcompanies.com |
| Farmingville Associates Phase 1, LLC, Expressway Plaza 1, LLC | c/o Midwood Management Corp. | Attn: Kristen Chase | kchase@midwoodid.com |
| Frederick Westview Properties LLC | c/o Hill Management Services Inc. | Attn: Donna Jenkins | djenkins@hillmgt.com |
| Freshwater MZI, LLC | c/o KPR Centers LLC | Attn: Jackie Perla | jperla@kprcenters.com |
| Granada Plaza Group, LLC | Attn: Charles S. Lichtigman | | CL@charleswayne.com |
| GREF Eastland Center, LP | c/o Pine Tree Commercial Realty | Attn: Stephanie Taveras | staveras@pinetree.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 1 of 3

**STRETTO**

**Exhibit E**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Group Holdngs, LLC | Attn: Balke Schwartz | | blake@becketproperties.com |
| Hamilton Commons Associates LP | Attn: Mark Corcoran | | mark@mercermgt.com |
| Highwoods Preserve Owner, LLC | c/o Ace Property management, Inc. | Attn: Steven Soto | stsoto@acfpm.com |
| Jemal's Boulevard LLC | c/o Zamias Services Inc. | Attn: Cindy Lindrose | clindrose@zamias.net |
| John Carr | c/o Glaize Development Inc. | Attn: JP Carr | jcarr@glaize.net |
| Joseph Nazario, LLC | Attn: Ryan McCarthy | | Rmccarthy@Nazdevco.com |
| Kimco North Brunswick 617, LLC | Attn: Rober Wachtler | | rwachtler@kimcorealty.com |
| KRCX WRI Holdings, LLC | c/o Philips International | Attn: Debbie Boyle | DBoyle@pihc.com |
| KRG Bel Air Square, LLC | c/o Kite Realty Group | Attn: Leslie Busing | lbusing@kiterealty.com |
| Lakewood Village Shopping Park LLC | Attn: Mathew G. Hankins | | mhankins@ashleygroup.net |
| Land Lease Holdings, LLC | Attn: TaBetha A Wall | | lease.administration@bccompany.com |
| Levcom East Windsor Associates LP | c/o Fidelity Management LLC | Attn: Sandra Davino Niccolai | egladstein@fidelityland.com<br>lchau@fidelityland.com |
| Levin Properties LP | Attn: Paul Tavaglione | | ptavaglione@levinmgt.com |
| Lexington Realty International | Attn: Raquel Muller | | raquel@lexingtonco.com |
| Lincoln Plaza Center, LP | c/o Kravco Simon Company | Attn: Trey Peckenpaugh | Trey.Peckenpaugh@simon.com |
| Linden Route One Associates, LLC | Attn: Michael Gartenberg | | MichaelG@gardenhomes.com |
| LT Valley Centre LLC, VC TIC II Owner LLC, VC TIC III Owner LLC, VC TIC IV Owner LLC | c/o MFI Management LLC | Attn: Daniel Burns | Dburns@mfimanagement.com |
| MartGart Merrick Ave Associates LLC | Attn: Lorrain Ahrens | | lahrens@gartprop.com |
| Middleyork, LLC | Attn: Andy Shapiro | | andyshap222@gmail.com |
| NADG NNN TGIF (HAG-MD) LP | Attn: Lisa Hudson | | lhudson@nadg.com |
| Newburgh Crossing, LLC | c/o Madison Properties | Attn: Dini Schlesigner | dini@madisonprop.com |
| Norther Village Associates LP, LS Capital Inc. | Attn: Katrina Nadres-Hurtado | | knadreshurtado@lscapital.com |
| OASG Hazlet LLC | c/o Onyx Management Group, LLC | Attn: John Spencer | john.spencer@cbre.com |
| Ocean & 5th Commercial LLC | Attn: Shadi Shomar | | shadi@artehospitality.com |
| Old Bridge Plaza Associates, LLC | Attn: Michael Gartenberg | | MichaelG@gardenhomes.com |
| One Southside Drive, LLC | c/o Windsor Companies | Attn: Carl Becker | cbecker@thewindsorco.com |
| Opry Mills Mall Limited Partnership | c/o M.S. Management Associates, Inc. | Attn: Trey Peckenpaugh | Trey.Peckenpaugh@simon.com |
| Orange City Mills Limited Partnership | c/o Simon Property Group, Inc. | Attn: Trey Peckenpaugh | Trey.Peckenpaugh@simon.com |
| Orange Park Mall, LLC | c/o WP Glimcher Inc. | Attn: Jet Leonard | jleonard@wpgus.com |
| PMAT-Stirling Crossroads, LLC | c/o Stirling Properties, LLC | Attn: Jan Kinard | jkinard@stirlingprop.com |
| Poughkeepsie Plaza Mall, LLC | c/o Poughkeepsie Shopping Center, Inc. | Attn: Rob Mehlich Jr | rmehlichjr@mehlichassoc.com |
| PRTC, LP | c/o Shapell Industries Inc. | Attn: Alex Gutierrez | agutierrez@shapell.com |
| RAMA Shopping Center, Inc. | Attn: Ronald Compagnone | | builtbycomp@aol.com |
| Rancho Mall, LLC | c/o Brookfield Properties | Attn: Nick Marona | nicholas.marona@brookfieldpropertiesretail.com |
| Retail Properties Business Trust | c/o Federal Realty Investment Trust | Attn: Tim Garber | tgarber@federalrealty.com |
| Riverhead Centre Owners LLC | c/o Prestige Properties and Development Co., Inc. | Attn: Jennifer Diaz | jdiaz@prestige-nyc.com |
| Rockville Restaurant LLC | c/o Philips International | Attn: Sheila Chess | schess@pihc.com |
| Rose Investment Co., LLC | c/o Jones Lang LaSalle Americas, Inc. | Attn: Karen Mayer, RPA/FMA, CPM | karen.mayer@jll.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)



**Exhibit E**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Rosemead Place, LLC | c/o Beacon Property Management | Attn: Catherine Distefano | cdistefano@beaconpm.com |
| Simi Entertainment Plaza, LLC | c/o Lincoln Property Company | Attn: Joy Jugovic | jjugovic@lpc.com |
| Somerset County Shopping Center | c/o Levin Properties LP | Attn: Vanessa Kelby | vkelty@levinmgt.com |
| South Shore Mall Realty LLC, South Shore CH LLC, South Shore Nassim LLC | c/o Namdar Realty Group | Attn: Anthony Matinale | anthony@namdarllc.com |
| Statepo, LLC and Tennjack, LLC | Attn: Andy Shapiro | | andyshap222@gmail.com |
| Sudley Restaurant Holdings, LLC | Attn: Adan Scgwartz | | adamjerry@aol.com |
| SUSO 4 Cedar Pointe LLP | c/o Slate Asset Management LP | Attn: Michael Siklos | msiklos@slateam.com |
| The Commons at Willowbrook, Inc. | c/o Stream Realty Partners - Houston LP | Attn: Lisa Gutierrez | lisa.gutierrez@streamrealty.com |
| The Gator Hold DEVCO DE, LLC | c/o TKG Management, Inc. | Attn: Kelly Sebastian | ksebastian@thekroenkegroup.com |
| The Shoppes at Wilton, LLC | c/o Maley Commercial Realty, Inc. | Attn: Corry Wiemann | cwiemann@thekroenkegroup.com |
| Towne Crossing Burlington, LLC | c/o MCR Property Management LLC | Attn: Chance Williams | cwilliams@mcbrealestate.com |
| Towson TC, LLC | c/o General Growth Properties | Attn: Nick Marona | nicholas.marona@brookfieldpropertiesretail.com |
| Tyler Mall LP | c/o Brookfield Properties | Attn: Nick Marona | nicholas.marona@brookfieldpropertiesretail.com |
| Tyson's Corner Holdings, LLC | Attn: Guy Mercurio | | Guy.mercurio@macerick.com |
| Valley Stream Green Acres, LLC | c/o The Macerich Company | Attn: Jamie Tran | Jamie.Tran@macerich.com |
| Vestal Town Square, LLC | c/o Brixmor Property Group | Attn: Yolanta Tensor | Kasey.fogleman@brixmor.com |
| Virday LLC | Attn: Andy Shapiro | | andyshap222@gmail.com |
| Waldorf SC LLC, Waldorf SC TIC 1 LLC, Waldorf SC TIC 2 LLC, Waldorf SC TIC 3 LLC, Waldorf SC TIC 4 LLC, Waldorf SC TIC 5 LLC, Waldorf SC TIC 6 LLC, Waldorf SC TIF 7 LLC, Waldorf SC TIG 8 LLC | c/o First National Property Management LLC | Attn: Candace Gschwind | cgschwind@fnrpusa.com |
| Woodbury Centre Partners, LLC | c/o Blueshine Capital LLC | Attn: Mel Firer | mel@blueshinecapital.com |
| Zaliv LLC | Attn: Alexander Spivak | | commercialace@gmail.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 3 of 3

# **<u>Exhibit F</u>**



# Exhibit F

Served Via Electronic Mail

| Name | Email |
|---|---|
| Alexandria Renew Enterprises | communications@alexrenew.com |
| Anne Arundel County Water and Wastewater | pwcust00@aacounty.org |
| Aqua New Jersey/70279 | investorrelations@essential.co |
| BGE | myhomerep@bge.com |
| California American Water Company | alexus.russell@amwater.com |
| Camden County MUA | mail@ccmua.org |
| Cedar Hill - Utility Services | rhonda.paul@cedarhilltx.com |
| Central Hudson Gas & Electric Co | claims@cenhud.com |
| City of Corona, CA | CustomerCare@CoronaCA.gov |
| City of Covina - 5 - CA | water@covinaca.gov |
| City of Hagerstown | nhausrath@hagerstownmd.org |
| City of Houston, TX - Water/Wastewater | PreTreatment@houstontx.gov |
| City of Long Beach, CA | lisa.squires@lbutilities.org |
| City of North Myrtle Beach, SC | rwbellamy@nmb.us |
| City of Orange, CA | pwinfo@cityoforange.org |
| City of Rancho Cucamonga, CA | RCMU.Customer@CityofRC.us |
| City of Simi Valley, CA | citymgr@simivalley.org |
| City of South Gate, CA | jhamilton@sogate.org |
| City of Yonkers, NY/5211 | Matt.Gallagher@yonkersny.gov |
| Cucamonga Valley Water District | boardmember@cvwdwater.com |
| Direct Energy/643249/660749 | news@directenergy.com |
| Direct Energy/70220 | news@directenergy.com |
| Eversource Energy 660753/56007 | melissa.cameron@eversource.com |
| Eversource Energy/56002 | melissa.cameron@eversource.com |
| Eversource Energy/56004 | melissa.cameron@eversource.com |
| Golden State Water Co. | customerservice@gswater.com |
| IGS Energy/936626 | customersupport@IGS.com |
| Jersey Central Power & Light | JC_interconnection@firstenergycorp.com |
| Lehigh County Authority/3758 | cityservice@lehighcountyauthority.org |
| Monroe County Water Authority | information@mcwa.com |
| New Jersey American Water Company/371331 | Robin.Robinson-Still@amwater.com |
| North Brunswick Township | TWPNBadministration@northbrunswicknj.gov |
| NRG Business Marketing/32179 | support@picknrg.com |
| PSE&G-Public Service Elec & Gas Co | PSEGHomeEnergy@icf.com |
| Regional Water Authority | boards@rwater.com |
| Riverside Public Utilities, CA | waterdevelopment@riversideca.gov |
| Santee Cooper | procurement@santeecooper.com |
| SMECO (Southern Maryland Electric Coop) | Key.Staff@smeco.coop |
| Southern California Edison | invrel@edisonintl.com |
| Southern Connecticut Gas (SCG) | scgdemolitions@avangrid.com |



**Exhibit F**

Served Via Electronic Mail

| Name | Email |
|------|-------|
| Sprague Operating Resources LLC | humanresources@spragueenergy.com |
| Suffolk County Water Authority - NY | press@scwa.com |
| Tax Collector, City of Waterbury, CT | WaterDepartment@waterburyct.org |
| The United Illuminating Company | NRES@uinet.com |
| Town of Hempstead, NY - Dept of Water | johnrei@hempsteadny.gov |
| Town of Herndon, VA | publicworks@herndon-va.gov |
| Town of Manchester, CT | waterandsewer@manchesterct.gov |
| Town of Orange, CT | Utilities.Information@ocfl.net |
| Town of Vestal, NY - Utility Fund | sgroats@vestalny.gov |
| Village of Nyack Water Dept., NY | nyackwater@nyack-ny.gov |
| Washington Gas/37747 | customersupport@washgas.com |
| Washington Suburban Sanitary Commission | customerservice@wsscwater.com |
| Wilton Water & Sewer Authority,NY | localgov@osc.ny.gov |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

# **Exhibit G**





**Exhibit G**

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Alameda County | | ttaxpublicmail@acgov.org |
| Ann Harris Bennett (Harris County Tax office) | Attn: Ann Harris Bennett, Tax Assessor Collector | tax.office@hctx.net |
| Anne Arundel County | | payments@aacounty.org |
| Arkansas Department of Finance & Administration | | IRP.Unit@dfa.arkansas.gov |
| Baltimore County | | finance@baltimorecountymd.gov |
| Berkheimer Tax Administration Services | | eRealEstate@goberk.com |
| California State Board of Equilization | | PTWebRequests@boe.ca.gov |
| City and County of Denver | | Treasury@denvergov.org |
| City of Alexandria | | kevin.greenlief@alexandriava.gov |
| City of Allentown | City Real Estate Tax | RealEstateCollections@allentownpa.gov |
| City of Mesquite | Attn: John R. Ames, CTA | ckeheley@cityofmesquite.com |
| City of Miami Beach Resort Tax | | LissetteArrogante@miamibeachfl.gov |
| City of Taunton | | taxcollector@taunton-ma.gov |
| Comptroller of Maryland | | broke@marylandtaxes.gov |
| Connecticut Department of Revenue | | drs@ct.gov |
| County of Lehigh | | publicinfo@lehighcounty.org |
| County of Loudoun | | realestate@loudoun.gov |
| Dallas County Tax Office | | propertytax@dallascounty.org |
| Florida Dept of Revenue | | emailDOR@floridarevenue.com |
| Georgia Department of Revenue | | Revenue.Commissioner@dor.ga.gov |
| Horry County | | treasurer@horrycountysc.gov |
| Illinois Department of Revenue | | REV.TA-BIT-WIT@illinois.gov REV.TA-Sales@illinois.gov |
| Indiana Department of Revenue | | taxadvocate@dor.in.gov |
| Janice P Himpele, Humble ISD | | tax.office@humbleisd.net |
| Jeaninie C Driscol Receiver of Taxes Town of Hempstead | | taxreceiver@tohmail.org |
| Jefferson Parish | | JPAccounting@jeffparish.gov |
| Kimberly A Little | Mount Joy Township | dajlittle@comcast.net |
| Louisiana Department of Revenue | | RevenueeGovEmail@brla.gov |
| Michigan Department of Treasury | | MIStateTreasurer@michigan.gov |
| Montgomery County Tax Office | Attn: Tammy J. McRae | tax@mctx.org |
| North Little Rock Advertising & Promotion Commission | | chight@nlr.ar.gov brayan@broodandbarley.com mmarion@simmonsbankarena.com Manoj.patel@hilton.com mtaylor@nlr.ar.gov AmericanPiePizza@sbcglobal.net tom.roy@fletcherauto.com |
| Nueces County | | nueces.tax@nuecescountytx.gov |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 1 of 2

**Exhibit G**

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Parish of Caddo | | info@caddoassessor.org<br>robert.thomas@caddoassessor.org<br>kristin.gonzalez@caddoassessor.org |
| Pasadena Independent School District | | pisdpd@pasadenaisd.org |
| Pennsylvania Department of Revenue | | BFR@patreasury.gov |
| Prince Georges County | | finance@co.pg.md.us |
| Prince William County | | financedirectorsoffice@pwcgov.org |
| Ray Wall, Treasurer, Bensalem Township Tax office | | mikebrilltax@gmail.com |
| Receiver of Taxes Hempstead | Attn: Jeanine C. Driscoll | taxreceiver@tohmail.org |
| Receiver of Taxes Town of Hempstead | Attn: Jeanine C. Driscoll | taxreceiver@tohmail.org |
| Receiver of Taxes, Town of Islip | | taxreceiver@islipny.gov |
| School Tax Collector, Middleton CSD | | middtwnclerk@gmail.com<br>taxcollector@ecsdm.org |
| South Carolina Department of Revenue | | CorpTax@dor.sc.gov |
| South Carolina Department of Revenue - Myrtle Beach | | CorpTax@dor.sc.gov |
| South Carolina Department of Revenue - North Myrtle Beach | | CorpTax@dor.sc.gov |
| Tax Collector Palm Beach County | | ClientAdvocate@pbctax.com |
| Tennessee Department of Revenue | | revenue.support@tn.gov |
| Town of Brighton | | clerk-treasurer@brightonwi.org |
| Town of Danvers | | treasurer@danversma.gov |
| Town of Herndon | | revenue@herndon-va.gov |
| Town of Leesburg | | kdentler@leesburgva.gov |
| Town of Manchester | | taxcollector@manchesterct.gov |
| Town of Wallkill | | taxcollector@townofwallkill.com |
| Township of Springfield | | taxcollector@springfield-nj.us |
| Village of Islandia | Attn: Patricia Dorman &<br>Marilyn Griffaton | pdorman@newvillageofislandia.com<br>mgriffaton@newvillageofislandia.com |
| Village of Rockville Centre | | taxoffice@rvcny.us |
| Warren County | | Treasurer@warrencountyva.gov |
| Wisconsin Department of Revenue | | DORFranchise@wisconsin.gov |
| Woodlands Metro Center MUD | | information@woodlandswater.org |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 2 of 2