**Information to identify the case:**

Debtor: TGI Friday's Inc. (Name) — EIN: 13–2677117

United States Bankruptcy Court: Northern District of Texas — Date case filed for chapter: 11 11/2/24

Case number: 24–80069–sgj11

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | TGI Friday's Inc. | |
| **2. All other names used in the last 8 years** | aka Conviction Chicken, aka Apps All Around, aka Krispy Rice, aka Wow Boa | |
| **3. Address** | 19111 North Dallas Parkway<br>Suite 200<br>Dallas, TX 75287 | |
| **4. Debtor's attorney**<br>Name and address | Holland N. O'Neil<br>Foley & Lardner LLP<br>2021 McKinney Avenue<br>Ste. 1600<br>Dallas, TX 75201 | Contact phone 214–999–4961<br><br>Email: honeil@foley.com |
| **5. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone ______________<br><br>Date: 11/13/24 |
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **December 12, 2024 at 02:00 PM BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **United States Trustee**<br>Toll free number: **866–818–4670**<br>Alternate number: **203–480–2179**<br>Participant Code: **3304120** |

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 3/12/25<br>**For a governmental unit:** 5/1/25<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** ___________ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

# INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial−In Information:**

(1) You must use a touch−tone phone to participate.

(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 24-80069-sgj
TGI Friday's Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-8 User: admin 
Date Rcvd: Nov 13, 2024 Form ID: 309F1 Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TGI Friday's Inc., 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287-6928 |
| aty | + | Alexys K. Ogorek, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606-1879 |
| aty | + | Chris L. Dickerson, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606-1879 |
| aty | + | Michael K. Wheat, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606-1879 |
| aty | | Nyle K. Hussain, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 |
| aty | + | Rahmon J. Brown, Ropes & Gray LLP, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606-1879 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: honeil@foley.com | Nov 13 2024 21:26:00 | Holland N. O'Neil, Foley & Lardner LLP, 2021 McKinney Avenue, Ste. 1600, Dallas, TX 75201 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Callan Clark Searcy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |

Catherine Allena Curtis
on behalf of Plaintiff Alexandria Modugno Catherine.curtis@wickphillips.com brenda.ramirez@wickphillips.com

Catherine Allena Curtis
on behalf of Plaintiff Jamie Cramer Catherine.curtis@wickphillips.com brenda.ramirez@wickphillips.com

Dana S. Plon
on behalf of Creditor Dartmouth Commons Development LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Riverhead Centre Owners LLC dplon@sirlinlaw.com

David A. Wender
on behalf of Creditor Midland Loan Services a Division of PNC Bank, National Association david.wender@alston.com, david-wender-6495@ecf.pacerpro.com

David William Parham
on behalf of Creditor Yadav Kids LLC david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

David William Parham
on behalf of Creditor Table Turn LLC david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

David William Parham
on behalf of Creditor Freebird SPV LLC david.parham@akerman.com esther.mckean@akerman.com;cindy.ferguson@akerman.com;teresa.barrera@akerman.com

Deborah M. Perry
on behalf of Creditor FTI Consulting Inc., in its capacity as Back-Up Manager for TGIF SPV Guarantor, LLC, TGIF Funding, LLC and TGI Fridays Franchisor, LLC dperry@munsch.com

Dwight M. Francis
on behalf of Creditor Midland Loan Services a Division of PNC Bank, National Association dfrancis@sheppardmullin.com, dparker@sheppardmullin.com

Elizabeth Banda Calvo
on behalf of Creditor City of Grapevine ebcalvo@pbfcm.com rgleason@pbfcm.com

Elizabeth Banda Calvo
on behalf of Creditor Grapevine-Colleyville ISD ebcalvo@pbfcm.com rgleason@pbfcm.com

Eric Charles Wood
on behalf of Creditor Tru Touching Humans LLC d/b/a TRUth eric@brownfoxlaw.com, courtney@brownfoxlaw.com

Frances Anne Smith
on behalf of Interested Party Independent Franchisee Association Inc. frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Holland N. O'Neil
on behalf of Debtor TGIF Parent Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor T G I Friday's of Towson Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor TGI Friday's NY LLC honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor T.G.I. Friday's of Hartford County Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor TGI Friday's of Howard County Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor Burlington Towne Crossing Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor T.G.I. Friday's Marketing Advisory Council honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor TGI Friday's of Rockville Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Holland N. O'Neil
on behalf of Debtor WEBCO Products Incorporated honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

| | |
|---|---|
| Holland N. O'Neil | on behalf of Debtor TGIF/DFW Partner LLC honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGIF/JDC Restaurant Development LLC honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGIF/DFW Manager LLC honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor T.G.I. Friday's of Frederick County Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGI Friday's of Annapolis Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor T G I Friday's of Wisconsin Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGI Friday's Inc. honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGIF Holdings LLC honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor T.G.I. Friday's of Washington County Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor T.G.I. Friday's of Charles County Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGI Friday's of Texas LLC honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGIF Midco Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor TGI Friday's of the Rockies Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Holland N. O'Neil | on behalf of Debtor T G I Friday's of Greenbelt Inc. honeil@foley.com, jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Jason B. Binford | on behalf of Interested Party Independent Franchisee Association Inc. jason.binford@rsbfirm.com |
| Jason M. Rudd | on behalf of Plaintiff Jamie Cramer jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Plaintiff Alexandria Modugno jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com |
| Jeffrey Kurtzman | on behalf of Creditor PREIT Services LLC as agent for WG Park LP kurtzman@kurtzmansteady.com |
| John Kendrick Turner | on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Joseph Howard Lemkin | on behalf of Creditor Lexington Realty Group jlemkin@stark-stark.com |
| Joseph Howard Lemkin | on behalf of Creditor Somerset County Shopping Center jlemkin@stark-stark.com |
| Joseph Howard Lemkin | on behalf of Creditor G&I IX Empire Big Flats LLC jlemkin@stark-stark.com |
| Joseph Howard Lemkin | on behalf of Creditor Levin Properties L.P. jlemkin@stark-stark.com |

| | |
|---|---|
| Joyce A. Kuhns | on behalf of Interested Party Independent Franchisee Association Inc. jkuhns@offitkurman.com |
| Laura Taveras Lantigua | on behalf of Creditor Freebird SPV LLC laura.taveras@akerman.com teresa.barrera@akerman.com;cindy.ferguson@akerman.com |
| Laura Taveras Lantigua | on behalf of Creditor Table Turn LLC laura.taveras@akerman.com teresa.barrera@akerman.com;cindy.ferguson@akerman.com |
| Laura Taveras Lantigua | on behalf of Creditor Yadav Kids LLC laura.taveras@akerman.com teresa.barrera@akerman.com;cindy.ferguson@akerman.com |
| Linda D. Reece | on behalf of Creditor Plano ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Mark A. Amendola | on behalf of Creditor C.H. Robinson Company Inc. mamendola@martynlawfirm.com |
| Megan F. Clontz | on behalf of Creditor KRG Capital Centre II LLC mclontz@spencerfane.com, lvargas@spencerfane.com |
| Megan F. Clontz | on behalf of Creditor KRG Bel Air Square LLC mclontz@spencerfane.com, lvargas@spencerfane.com |
| Megan F. Clontz | on behalf of Creditor KRG/PRP Oldsmar LLC mclontz@spencerfane.com, lvargas@spencerfane.com |
| Michael Berthiaume | on behalf of Creditor Texas Partners Bank michael.berthiaume@nortonrosefulbright.com |
| Michelle E. Shriro | on behalf of Creditor Kimco Realty Corporation mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Peter C. Lewis | on behalf of Creditor RSH Concessions peter.lewis@solidcounsel.com vivian.forero@solidcounsel.com;cynthia.morris@solidcounsel.com |
| Peter C. Lewis | on behalf of Creditor Domain Enterprises DFW L.P. peter.lewis@solidcounsel.com, vivian.forero@solidcounsel.com;cynthia.morris@solidcounsel.com |
| Richard J. McCord | on behalf of Creditor Central Islip Holdings LLC cfollett@certilmanbalin.com, afollett@certilmanbalin.com |
| Ronald M. Tucker | on behalf of Creditor Simon Property Group rtucker@simon.com cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com |
| Samuel Conrad Wisotzkey | on behalf of Creditor Ecolab Inc. swisotzkey@kmksc.com kmksc@kmksc.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Tara L. Grundemeier | on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Zachary A. Cooper | on behalf of Creditor Coast Hotels and Casinos Inc. dba The Orleans Hotel and Casino and dba Gold Coast Hotel and Casino zcooper@swlaw.com, sluby@swlaw.com;DOCKET_DAL@swlaw.com;docket@swlaw.com |
| Zachary A. Cooper | on behalf of Creditor California Hotel and Casino dba Sam's Town Hotel Gambling Hall and Bowling Center zcooper@swlaw.com, sluby@swlaw.com;DOCKET_DAL@swlaw.com;docket@swlaw.com |
| Zachary A. Cooper | on behalf of Creditor Aliante Gaming LLC dba Aliante Casino Hotel Spa zcooper@swlaw.com, sluby@swlaw.com;DOCKET_DAL@swlaw.com;docket@swlaw.com |

TOTAL: 70