**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>TGI Friday's Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-80069-sgj11<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 19, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Agenda for Hearing on November 20, 2024 at 9:30 A.M. Central Time** (Docket No. 176)

- **Declaration of Richard Klein in Support of Debtors' Motion for Entry of an Order Approving (I) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof; (II) the Debtors' Entry into and Performance Under a Stalking Horse APA; (III) Assumption and Assignment Procedures; and (IV) Granting Related Relief** (Docket No. 188)

- **Notice of Filing of Revised Proposed Order Approving (I) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof; (II) the Debtors' Entry into and Performance Under the Stalking Horse APA; (III) Assumption and Assignment Procedures; and (IV) Granting Related Relief** (Docket No. 189)

- **Witness and Exhibit List on November 20, 2024 Hearing** (Docket No. 190)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Harford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014). The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

- **Amended Agenda for Hearing on November 20, 2024 at 9:30 A.M. Central Time**
  (Docket No. 191)

| | |
|---|---|
| Dated: November 19, 2024 | */s/ James Nguyen-Phan* |
| | James Nguyen-Phan |
| | STRETTO |
| | 410 Exchange, Suite 100 |
| | Irvine, CA 92602 |
| | (833) 505-4418 |
| | TeamTGIFridays@Stretto.com |

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Active Media Services Inc | Attn: Jeffrey Pappas | | achievemore@activeinternational.com |
| Active Media Services, Inc. | Attn: Nicholas Schretzman | | Nicholas.Schretzman@activeinternational.com |
| Alexandria Modugno on behalf of the WARN Act Plaintiffs | | | alexandria.modugno@gmail.com |
| Aliante Gaming LLC dba Aliante Casino Hotel Spa; Coast Hotels & Casinos, Inc dba The Orleans Hotel & Casino & dba Gold Coast Hotel and Casino; California Hotel and Casino, a Nevada corporation dba Sam's Town Hotel, Gambling Hall and Bowling Center | c/o Snell & Wilmer LLP | Attn: Zachary A. Cooper | zcooper@swlaw.com |
| Allied Austin, LLC | Attn: Bill Bergman | | bergman@muss.com<br>bbergman@muss.com |
| ARC CafeUSA001, LLC | c/o Vereit, Inc. | Attn: Denise Cameron | coralskypm@gmail.com<br>relegal@vereit.com |
| Benjamin Schick | | | ben@schickconstruction.com |
| Brass Mill Commons Ralty Holding LLC | c/o Brass Mill Center | Attn: Joseph M. Saponara | jsaponaro@meyersroman.com |
| Brookfield Properties Retail Inc. | Attn: Julie Minnick Bowden | | julie.bowden@bpretail.com |
| Brooks Shopping Centers LLC | c/o Mars Realty | Attn: Michael A. Pensabene, Craid M. Beitelzweig & Carl Calabro | carl.c@marxrealty.com |
| Brookwood Interchange Office I, LLC and Brookwood Interchange Office II, LLC | c/o Kessler Collins, P.C. | Attn: Daniel P. Callahan | dpc@kesslercollins.com |
| Brookwood Interchange Office I, LLC, Brookwood Interchange Office II, LLC | Attn: Susan Boze | | sboze@bookwoodfinancial.com |
| C.H. Robinson Company, Inc. d/b/a Robinson Fresh | c/o Martyn and Associates Co. | Attn: Mark A. Amendola | mamendola@martynlawfirm.com |
| Central Islip Holdings, LLC | c/o Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Robert D. Nosek | rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com |
| Citibank, N.A., as Trustee and Securities Intermediary | c/o Dentons US LLP | Attn: Clay M Taylor | clay.taylor@dentons.com |
| Citibank, N.A., as Trustee and Securities Intermediary | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Keith Kollmeyer | kkollmeyer@mintz.com |
| Citibank, N.A., as Trustee and Securities Intermediary | c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Nathan F. Coco & Dormie Ko | nfcoco@mintz.com<br>dko@mintz.com |
| City of Grapevine, Grapevine-Colleyville ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| City of Humble | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| CLPF – Essex Green, LLC | c/o Cole Schotz P.C. | Attn: Aaron Davidson | adavidson@coleschotz.com |
| CLPF – Essex Green, LLC | c/o Cole Schotz P.C. | Attn: Mark Tsukerman | mtsukerman@coleschotz.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com |
| CR Mount Pleasant LLC | c/o Continental Realty Corporation | Attn: Stephani Shack | info@crcrealty.com |
| Crooked Run LLC | c/o Jackson & Campbell, P.C. | Attn: Mitchell B. Weitzman | mweitzman@jackscamp.com |
| Cypress-Fairbanks ISD and Lone Star College System | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Dartmouth Commons Development LLC, Riverhead Centre Owners LLC | c/o Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Department of Revenue - Internal Revenue Service | United States of America | Attn: Donna K. Webb | donna.webb@usdoj.gov |
| DFW International Airport Board | Attn: Sean Donohue | | jbaker2@dfwairport.com |
| Digitas, Inc. | Attn: Linda Piggot & Alyse Schwartz | | lindapiggot@digitas.com |
| DK Crown Holdings Inc dba DraftKings Inc | Attn: Jason Robins | | jrobins@draftkings.com |
| DLR Properties, LLC | Attn: Mark Stempel & Daniel S. Dornfeld | | ddornfeld@forchellilaw.com |
| Domain Enterprises DFW, L.P. and RSH Concessions, LLC | c/o Scheef & Stone, L.L.P. | Attn: Peter C. Lewis, Brenda Neuwirt | peter.lewis@solidcounsel.com<br>brenda.neuwirt@solidcounsel.com |
| Domain Enterprises DFW, L.P. and RSH Concessions, LLC | c/o West & Associates, LLP | Attn: Craig Capua | craig.c@westllp.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 1 of 3



Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| DoorDash Inc | | | ir@doordash.com |
| Ecolab Inc. | c/o Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| EklecCo NewCo LLC | c/o Pyramid Management Group, LLC | Attn: David Vinehout | davidvinehout@pyramidmg.com |
| Heidrick and Struggles Inc | Attn: Anne Rockey | | arockey@heidrick.com |
| Independent Franchisee Association, Inc. | c/o Offit Kurman, P.A. | Attn: Joyce A. Kuhns | jkuhns@offitkurman.com |
| Independent Franchisee Association, Inc. | c/o Ross, Smith & Binford, PC | Attn: Frances Smith & Jason Binford | frances.smith@rsbfirm.com jason.binford@rsbfirm.com |
| Katz Media Group Inc | Attn: Kimberly Browne | | kim.browne@katz-media.com |
| Kimco Realty Corporation | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| KRG Capital Centre II, LLC, KRG/PRP Oldsmar, LLC, and KRG Bel Air Square, LLC | c/o Spencer Fane LLP | Attn: Megan F. Clontz | mclontz@spencerfane.com |
| Levin Properties, L.P., Somerset County Shopping Center, Lexington Realty Group & G&I IX Empire Big Flats, LLC | c/o Stark & Stark, P.C. | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| Loews West Long Branch Cinemas | Attn: Luke Hilboldt | | lhilboldt@amctheatres.com |
| Midland Loan Services | c/o Eversheds Sutherland (US) LLP | Attn: David A. Wender | davidwender@eversheds-sutherland.com |
| Midland Loan Services | c/o Sheppard Mullin Richter & Hampton LLP | Attn: Alan M. Feld, Ted A. Cohen, Shadi Farzan, Caroline Sischo | afeld@sheppardmullin.com sfarzan@sheppardmullin.com tcohen@sheppardmullin.com csischo@sheppardmullin.com |
| Midland Loan Services | c/o Sheppard Mullin Richter & Hampton LLP | Attn: Alexandria Lattner | alattner@sheppardmullin.com |
| Midland Loan Services | c/o Sheppard Mullin Richter & Hampton LLP | Attn: Dwight Francis | dfrancis@sheppardmullin.com |
| Midland Loan Services, a Division of PNC Bank, National Association | Attn: Matthew Merritt, David Bornheimer & Patrick Calland | | matthew.merritt@pnc.com david.bornheimer@midlandls.com patrick.calland@pnc.com |
| MP Promenade, LLC | c/o V3 Capital Group, LLC | Attn: Katherine A. Roche | trey@v3capital.com |
| Northern District of Texas Office of The U.S. Trustee | Attn: Meredyth A. Kippes and Elizabeth Ziegler Young | | meredyth.kippes@usdoj.gov elizabeth.a.young@usdoj.gov |
| Office of the Attorney General for the State of Arkansas | | | OAG@ArkansasAG.gov |
| Office of the Attorney General for the State of California | | | xavier.becerra@doj.ca.gov |
| Office of the Attorney General for the State of Connecticut | | | attorney.general@ct.gov |
| Office of the Attorney General for the State of Florida | | | ashley.moody@myfloridalegal.com |
| Office of the Attorney General for the State of Louisiana | | | constituentservices@ag.louisiana.gov |
| Office of the Attorney General for the State of Maryland | | | oag@oag.state.md.us |
| Office of the Attorney General for the State of Massachusetts | | | ago@state.ma.us |
| Office of the Attorney General for the State of New Hampshire | | | attorneygeneral@doj.nh.gov |
| Office of the Attorney General for the State of Texas | | | publicrecords@oag.texas.gov |
| Office of the Attorney General for the State of Virginia | | | mail@oag.state.va.us |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein | bsandler@pszjlaw.com rfeinstein@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D. Warner, Theodore S. Heckel | mwarner@pszjlaw.com theckel@pszjlaw.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| PFG Customized Distribution | Attn: David Easton | | david.easton@pfgc.com |
| Plano ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| PREIT Services, LLC | Attn: Christiana Uy | | uyc@preit.com |
| PREIT Services, LLC, as agent for WG Park, LP | c/o Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Rancho Mall, LLC | c/o Brookfield Properties | Attn: Nick Marona | nicholas.marona@brookfieldpropertiesretail.com shannon.preciado@bpretail.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 2 of 3



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Route 140 School Street LLC | | | Katrina.Meidanis@wsdevelopment.comt.com |
| Schick Construction Inc | Attn: Benjamin Schick | | ben@schickconstruction.com |
| Securities and Exchange Commission | Attn: Andrew Calamari | | NYROBankruptcy@SEC.GOV |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| South Shore Mall Realty LLC | c/o Namdar Realty Group | Attn: Igar Namdar | igar@namdarllc.com<br>legal@namdarllc.com<br>abstract@namdarllc.com<br>renewals@namdarllc.com |
| Spark Branding House, Inc. | Attn: Dulani Porter & Jessie Hamlin | | dulani@spark.us<br>jessie@spark.us |
| Tarrant County & Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | Attn: Texas Attorney General's Office, Bankruptcy & Collections Div., Callan C. Searcy | | bk-csearcy@texasattorneygeneral.gov |
| Texas Partners Bank, a Texas State Bank dba The Bank of San Antonio | c/o Norton Rose Fulbright US LLP | Attn: Toby L Gerber, Kristian W Gluck, Jason I Blanchard & Michael Berthiaume | toby.gerber@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>jason.blanchard@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com |
| Towson TC, LLC | c/o General Growth Properties | Attn: Nick Marona & Jeff Sneddon | nicholas.marona@brookfieldpropertiesretail.com<br>jeffrey.sneddon@bpretail.com |
| Tru Touching Humans LLC dba TRUth | Attn: Yousef Kattan | | ykattan@truad.com |
| Tru Touching Humans, LLC d/b/a TRUth | c/o Brown Fox PLLC | Attn: Eric C. Wood | eric@brownfoxlaw.com |
| Tyler Mall Limited Partnership | c/o GGP, Inc. | Attn: Emily Martin | emily.martin@brookfieldpropertiesretail.com |
| US Attorney's Office For The Northern District of Texas | Leigha Simonton | | usatxn.usao@usdoj.gov |
| USA Today | Attn: Caren Bohan | | cbohan@usatoday.com |
| Valley Stream Green Acres, LLC | c/o The Macerich Company | Attn: Jamie Tran & Joseph Floccari | Jamie.Tran@macerich.com<br>greenacresar@macrich.com |
| Waldorf SC LLC, and Waldorf SC TIC 1 LLC through Waldorf SC TIC 9 LLC | c/o Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: William J. Levant | wlevant@kaplaw.com |
| WG Park LP Willow Grove Park Mall | c/o PREIT Services LLC | Attn: Paula Charles | Paula.Charles@preit.com |
| Woodbury Centre Partners, LLC | c/o Blueshine Capital LLC | Attn: Mel Firer | mel@blueshinecapital.com |
| Yadav Kids, LLC, Table Turn, and Freebird SPV, LLC | c/o Akerman LLP | Attn: David W. Parham & Laura M. Taveras | david.parham@akerman.com<br>laura.taveras@akerman.com |
| Yadav Kids, LLC, Table Turn, LLC, and Freebird SPV, LLC | c/o Akerman LLP | Attn: Mark S. Lichtenstein | mark.lichtenstein@akerman.com |
| Zaliv LLC | Attn: Alexander Spivak | | commercialace@gmail.com |

In re: TGI Friday's Inc., et al.
Case No. 24-80069 (SGJ)

Page 3 of 3