# **EXHIBIT A**

## **O'Neil Declaration**

**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com

**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
honeil@foley.com
mmoore@foley.com
zzahn@foley.com

*Proposed Counsel for the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>TGI Friday's Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-80069-sgj11<br><br>(Jointly Administered) |

## DECLARATION OF HOLLAND N. O'NEIL IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF FOLEY & LARDNER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

Holland N. O'Neil declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Harford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014).  The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

1.      I am a partner in the law firm of Foley & Lardner LLP ("Foley"). Foley maintains offices across the United States, Mexico, Europe, and Asia, including offices in Dallas, Houston, and Austin, Texas. I am the lead attorney from Foley working on the above-captioned chapter 11 cases (the "Chapter 11 Cases"). I am a member in good standing of the State Bar of Texas, and I have been admitted to practice in various courts, including in the United States Bankruptcy Court for the Northern District of Texas. There are no disciplinary proceedings pending against me.

2.      I am fully familiar with the facts hereinafter stated and am authorized to make this declaration (the "Declaration") on behalf of Foley. The information contained in this Declaration is based on my personal knowledge or derived from reviews performed by me or at my direction. To the extent any information disclosed herein requires amendment or modification, I will submit a supplemental declaration.

3.      I am in all respects competent to make this Declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Employment of Foley & Lardner LLP as Counsel to the Debtors Effective as of the Petition Date* (the "Application"),[2] filed concurrently with this Declaration, pursuant to sections 105(a), 327(a), 329, 330, 331, 1107, and 1108 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1, 2016-1, and 9013-1 of the Local Bankruptcy Rules for the Northern District of Texas (the "Local Rules").

**FOLEY'S QUALIFICATIONS**

4.      Foley is a full-service law firm with experience and expertise in all facets of legal practice, including bankruptcy, insolvency, corporate reorganization, and debtor-creditor law. As such, Foley possesses the requisite experience and expertise to serve as the Debtors' general

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

bankruptcy counsel. Foley has substantial experience and expertise in chapter 11 cases involving business entities and cases of all sizes, complexity, and scope. Foley has represented debtors, creditors, trustees, purchasers, and other parties in interest before courts in the Fifth Circuit and numerous other jurisdictions throughout the country.

5.    The Debtors seek to retain Foley because of Foley's complex chapter 11 experience, as well as its extensive practice before this Court and knowledge of the Local Rules and practice. Foley regularly represents chapter 11 debtors in the Northern District of Texas and throughout Texas, and is thus well qualified by its experience to serve as counsel to the Debtors in these proceedings.

6.    In preparing for its representation of the Debtors in these Chapter 11 Cases, Foley has become familiar with the Debtors' business and many of the potential legal issues that may arise in the context of these Chapter 11 Cases. I believe that Foley is well qualified to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

## SERVICES TO BE PROVIDED

7.    The Debtors have requested authority to retain Foley as their attorneys in the Chapter 11 Cases in coordination with lead bankruptcy counsel, Ropes & Gray LLP. The Debtors currently seek to retain Foley, subject to the oversight and orders of this Court, to advise them on the following matters, among others:

a.    Advising the Debtors with respect to the Debtors' powers and duties as debtor-in-possession in the continued operation of the Debtors' business, including the negotiation and finalization of any financing agreements;

b.    Assisting in the identification of assets and liabilities of the Estates;

c.    Assisting the Debtors in formulating a plan of reorganization or liquidation and taking necessary legal steps in order to confirm such plan, including the preparation and filing of a disclosure statement relating thereto;

3

d.       Preparing and filing on behalf of the Debtors, all necessary applications, motions, orders, reports, adversary proceedings, and other pleadings and documents;

e.       Appearing in Court and to protect the interests of the Debtors before the Court;

f.       Analyzing claims and competing property interests, and negotiating with creditors and parties in interest on behalf of the Debtors;

g.       Advising the Debtors in connection with any potential sale of assets;

h.       Representing the Debtors in any Worker Adjustment and Retraining Notification ("WARN") Act claims and related adversary proceedings; and

i.       Performing all other legal services for the Debtors that may be necessary in these proceedings, including, but not limited to, analyzing the Debtors' executory contracts and unexpired leases and potential issues in connection with the assumption and assignment or rejection thereof, analyzing the validity and priority of liens asserted against the Debtors' property, and advising the Debtors on corporate governance or operational matters to the extent those matters impact the Debtors' Chapter 11 Cases.

8.       Foley will work with Ropes & Gray to minimize any duplication of services and has stated its desire and willingness to act in these Chapter 11 Cases and render the necessary professional services as attorneys for the Debtors.

**DISINTERESTEDNESS**

9.       Foley is required to disclose to this Court any and all connections with the Debtors, their creditors, and other parties in interest. Given the size of these Chapter 11 Cases and the number of Potential Parties in Interest (as defined below), Foley has, or currently is, running connections for the Potential Parties in Interest on an ongoing basis and will update the Application as necessary. Based on the Potential Parties in Interest that a search has been completed for, and insofar as I have been able to ascertain, neither Foley nor any partner, counsel, associate, or professional of Foley nor I have any current connection with the Debtors or any of their creditors,

parties-in-interest, the United States Trustee, or the respective attorneys or accountants of the foregoing, except as set forth in this Declaration.

## A.       General Disclosures

10.    Foley and certain of its partners, counsel, and associates have in the past represented, may currently represent, and likely in the future will represent, parties-in-interest of the Debtors in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and the Chapter 11 Cases. Foley has conducted a search of its electronic client database to ascertain its connections with parties in interest in these Chapter 11 Cases and to ensure that it is in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding employment of professionals by Debtors and debtors in possession. Foley collected this information using the following procedures:

a.    It prepared a comprehensive list of the types of entities that may have contacts with the Debtors, which list was developed through discussions with the Debtors' management and other professionals. It then obtained from the Debtors information that correlated to each type of potential contact.

b.    Using the list of potential types of entities, as well as additional information identified by Foley, it then assembled a list of the names of entities who may be parties-in-interest (the "Potential Parties in Interest"), a copy of which is attached hereto as **Schedule 1**.

c.    Foley has compiled from its conflict clearance and billing records a master database of the names of the entities for which any attorney time charges have been billed (the "Client Database"). The Client Database includes, among other things, the names of current and former clients, the names of the parties who are or were adverse to such clients, and the names of the Foley personnel who are responsible for current matters for such clients.

d.    Foley requested reports from the Client Database for the Potential Parties in Interest and reviewed these reports to identify whether the Potential Parties in Interest are clients or former clients of the firm. The attached

**Schedule 2** lists the parties that have been run through Foley's Client Database to date that Foley identified as clients or former clients.[3]

    e.    Foley has reviewed the conflict reports for each party on **Schedule 2** to determine that, to the best of its knowledge, it does not represent any of them in connection with the Debtors or the Chapter 11 Cases.

    11.    Foley has thus undertaken a detailed review of its files to determine its connections and to make the disclosures contained herein. However, due to the large number of potential parties-in-interest of the Debtors and the fact that Foley has approximately 1,100 attorneys and a broad national and international practice, Foley is currently unable to completely and accurately reflect every possible connection between Foley and the Debtors, their creditors and other parties-in-interest. Consequently, although every reasonable effort has been made to discover and disclose any connections Foley may have with any party in interest in this case, including the efforts outlined above, Foley is unable to state with certainty that every client or entity affiliated with a client has been disclosed. Foley is conducting a continuing inquiry into any matters that would affect the firm's disinterested status, and I will promptly file a supplemental affidavit setting forth the results of that inquiry if additional disclosure is required.

    12.    As set forth above and in the attached Schedules, Foley represents or has connections with certain of the Debtors' creditors or other parties in interest in ongoing matters unrelated to the Debtors and the Chapter 11 Cases. No representation described herein is materially adverse to the interests of the Debtors' Estates or any class of creditors or thereof. Moreover,

---

[3] On **Schedule 2**, the term "current client" means a client with an open matter number. The term "former client" means a client for whom either (1) time was posted in the last thirty-six (36) months, but a matter number is not currently open at this time, or (2) a matter number is open, but no time has been posted in the last thirty-six (36) months. With respect to current clients identified on **Schedule 2** and/or in the "Specific Disclosures" section below, Foley will not commence a cause of action in these Chapter 11 Cases against any such persons or entities unless Foley: (1) possesses an applicable waiver on file or (2) obtains a waiver from such current client to commence such an action. To the extent that a waiver does not exist or is not obtained from one of Foley's current clients, and it is necessary for the Debtors to commence an action against that entity, the Debtors will obtain conflicts counsel in connection with such litigation or cause of action, as appropriate. To the best of my knowledge, so such litigation is contemplated as of this time.

pursuant to section 327(c) of the Bankruptcy Code, Foley is not disqualified from acting as the Debtors' counsel merely because it represents the Debtors' creditors, equity security holders, or other parties-in-interest in matters unrelated to the Chapter 11 Cases.

13.     Additionally, Foley regularly appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of which now or may in the future represent claimants, creditors, or parties in interest in these Chapter 11 Cases. Based solely on the Disclosure Procedures, Foley does not and will not represent any such entities in relation to these Chapter 11 Cases. Moreover, Foley does not have a relationship with any such entities, attorneys, accountants, or financial consultants that would be adverse to the Debtors.

14.     As a result of the foregoing, neither Foley, any partner, counsel, or associate of the firm, nor I—insofar as I have been able to ascertain—holds or represent any interest adverse to the Debtors or their Estates in matters upon which we are to be engaged. I am not aware of any claims that Foley holds or would hold against the Debtors. To the extent that I become aware of any additional relationship that may be relevant prior to the Court's determination of the Application, I will promptly file a supplemental declaration disclosing such information. Additionally, out of an abundance of caution, and subject to Court approval, Foley will obtain conflicts counsel if and when needed to represent it in all matters in which Foley may have a conflict in its representation of the Debtors in the Chapter 11 Cases. Foley will not represent any person or entity in a transaction with the Debtors that may conflict with Foley's representation of the Debtors in the Chapter 11 Cases.

**B.     Specific Disclosures**

15.     As mentioned above, Foley is continuing to search for any connections to the Potential Parties in Interest and will supplement the Application as necessary. To date, and except as provided below, Foley has not identified any relationships with certain parties in interest that require additional description and/or context in connection with this Application.

16.     In addition to the connections set forth on the attached **Schedule 2**, Foley has relationships with certain parties in interest that require additional description and/or context in connection with this Application.

### *Wells Fargo Bank, N.A.*

17.     Prior to and following the Petition Date, Foley has represented and will continue to represent Wells Fargo Bank, N.A. ("Wells Fargo") and certain of its affiliates, subsidiaries, and divisions in matters unrelated to the Debtors. As described in more detail in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 13], one of the Debtors' bank accounts, along with a non-Debtor affiliate, is currently located at Wells Fargo.

18.     Foley's past and present unrelated representation of Wells Fargo will have no impact or influence whatsoever on its duties and responsibilities on behalf of the Debtors in the Chapter 11 Cases. To my knowledge, none of the personnel that Foley anticipates will be involved with these Chapter 11 Cases have represented or are currently representing Wells Fargo, and Foley will take all appropriate steps to ensure that any Foley personnel representing the Debtors are unable to access confidential information of Wells Fargo and vice-versa, including erecting an ethics screen between the teams providing services to each. Should any conflict arise between

Foley's proposed representation of the Debtors and Wells Fargo, the Debtors, subject to Court approval, will obtain conflicts counsel to handle such matters.

### *US Bank*

19.     Prior to and following the Petition Date, Foley has represented and will continue to represent US Bank ("US Bank") and certain of its affiliates, subsidiaries, and divisions in matters unrelated to the Debtors. As described in more detail in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 13], one of the Debtors' bank accounts is currently located at US Bank.

20.     Foley's past and present unrelated representation of US Bank will have no impact or influence whatsoever on its duties and responsibilities on behalf of the Debtors in the Chapter 11 Cases. To my knowledge, none of the personnel that Foley anticipates will be involved with these Chapter 11 Cases have represented or are currently representing US Bank, and Foley will take all appropriate steps to ensure that any Foley personnel representing the Debtors are unable to access confidential information of US Bank and vice-versa, including erecting an ethics screen between the teams providing services to each. Should any conflict arise between Foley's proposed representation of the Debtors and US Bank, the Debtors, subject to Court approval, will obtain conflicts counsel to handle such matters.

## PROFESSIONAL COMPENSATION

### A.     Prepetition Compensation

21.     Prior to the Petition Date, Foley was compensated and received payment for services provided to the Debtors prior to the Petition Date for pre-bankruptcy negotiations and bankruptcy preparation in the amount of $60,000.00, plus $47,000.00 in Court filing fees for the

filing of the petitions in these Chapter 11 Cases. Foley applied the full amount of the payment to fees incurred prior to the Petition Date but continues to hold the $47,000.00 for expenses incurred prior to the Petition Date due to Foley's internal expense payment process. Accordingly, as of the Petition Date, Foley is not holding a retainer balance in connection with its representation of the Debtors, except for the $47,000.00 for reimbursement of these expenses.

**B.      Postpetition Compensation**

22.      On November 29, 2024, the Debtors filed the *Emergency Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 255] (the "Interim Compensation Motion"). Pursuant to the Interim Compensation Motion, if granted, Foley intends to apply for compensation for professional services rendered on behalf of the Debtors on an hourly basis, as is customary, and reimbursement of expenses incurred in these Chapter 11 Cases. At all times Foley will take all reasonable and necessary steps to comply with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

23.      During these Chapter 11 Cases, Foley has agreed to be compensated at its customary hourly rates for services rendered plus reimbursement of actual and necessary expenses. As of November 27, 2024, the current hourly rates of the attorneys expected to bear primary responsibility for this matter range between $690 and $1,150. The hourly rates of paraprofessionals expected to bear primary responsibility for this matter range between $300 to $350.

24.      Foley will utilize their subject-matter experts within the firm as may be necessary to assist the Debtors on any particular issue that may arise during these Chapter 11 Cases. Foley's hourly rates are set at a level designed to compensate Foley fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Hourly rates vary with the experience

and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions, although Foley will provide prior notice to the Debtors before any upward adjustments.

25.     The Chapter 11 Cases have been jointly administered, and Foley will act as counsel for the Debtors simultaneously and its activities will be substantially on behalf of the Debtors. Accordingly, the Debtors have agreed, and request authority of this Court, to be jointly and severally liable for Foley's allowed fees and expenses. Foley does not intend to bill each Debtor separately or allocate its time among the individual Debtors in these Chapter 11 Cases.

26.     Consistent with the firm's policy with respect to its other clients, Foley will continue to charge the Debtors for all other services provided and for other charges and disbursements incurred in the rendition of services. These charges and disbursements include, among other things, costs for photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials, hearings, and other proceedings that may arise from time to time in this case. Charges and disbursements are invoiced pursuant to Foley's terms of engagement and will comply with the United States Trustee's guidelines for fees and disbursements for professionals in the Northern District of Texas bankruptcy cases.

27.     Pursuant to Bankruptcy Rule 2016(b), Foley has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Foley or (b) any compensation another person or party has received or may receive.

**C.     Statement Regarding UST Guidelines**

28.     In addition to compliance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules, Foley also intends to make a reasonable effort to comply with the United States Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorney's in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this application and in connection with the interim and final fee applications to be filed by Foley during the course of these Chapter 11 Cases. The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Revised UST Guidelines:

**Question**:   Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:   No.

**Question**:   Do any of the professionals included in this engagement vary their rate based on geographic location of the bankruptcy case?

Response:   No.

**Question**:   If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Response:   Like many firms of comparable size, Foley periodically adjusts the hourly rates of its timekeepers, typically on February 1. As set forth above, the current hourly rates of the attorneys expected to bear primary responsibility for this matter range between $690 and $1,150. The hourly rates of paraprofessionals expected to bear primary responsibility for this matter range between $300 to $350. The only rate adjustment was for Foley's annual rate modification effective each February 1st.

**Question**:   Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

<u>Response</u>:     Foley has provided a good faith estimate of its expected fees and expenses during the course of these Chapter 11 Cases, along with the staffing plan outlined in the Application. The Debtors incorporated such good faith estimates into the budget(s) associated with the orders authorizing the use of cash collateral approved by this Court in these Chapter 11 Cases; provided, however, Foley has not agreed to take this representation on a fixed fee and any amounts set forth in any budget, including any cash collateral or DIP budgets, are for estimation purposes only.

29.    I have read the Application of the Debtors accompanying this Declaration for an order approving the retention of Foley, as attorneys, and, to the best of my knowledge, information and belief, the contents of said Application are true and correct.

30.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Dallas, Texas on this 29 day of November, 2024.

*/s/ Holland N. O'Neil*
Holland N. O'Neil

## SCHEDULE 1[4]

### List of Entities Searched

| | |
|---|---|
| TGI Friday's NY, LLC | Stefanie Cusick |
| TGIF Holdings, LLC | Mike Taylor |
| TGIF Midco, Inc. | Jeff Cleary |
| TGIF Parent, Inc. | Weldon Spangler |
| TGI Friday's, Inc. | John Neitzel |
| Burlington Towne Crossing, Inc. | Ray Blanchette |
| T.G.I. Friday's of Charles County, Inc. | Brandon Coleman |
| T.G.I. Friday's of Frederick County, Inc. | Rick Brown |
| T.G.I. Friday's of Harford County, Inc. | Ray Risley |
| T.G.I. Friday's of Washington County, Inc. | Kathleen Schloth |
| T.G.I. Friday's of Wisconsin, Inc. | Jennifer Rote |
| TGI Friday's of Annapolis, Inc. | Leanne Stendell |
| TGI Friday's of Greenbelt, Inc. | Scott McKinney |
| TGI Friday's of Howard County, Inc. | Nik Rupp |
| TGI Friday's of Rockville, Inc. | Forrester, Karen |
| TGI Friday's of Texas LLC | Anil Yadav |
| TGI Friday's of the Rockies, Inc. | John F. Harrington |
| TGI Friday's of Towson, Inc. | Kishen Patel |
| TGIF/DFW Manager, LLC | Maureen Metz |
| TGIF/DFW Partner, LLC | Jeff Ritson |
| TGIF/DFW Terminal A Restaurant Joint Venture | Tony Grillo |
| TGIF/DFW Terminals B, C &E Restaurant Joint Venture | Richard Pawlowski |
| TGIF/JDC Restaurant Development, LLC | Jill Cygan |
| WEBCO Products Incorporated | John Faison |
| T.G.I. Friday'S Marketing Advisory Council | Ray Blanchette |
| TGI Fridays Franchisor, LLC | Robert Miller |
| TriArtisan TGIF Partners LLC | Peter Despres |
| TGI SPV Guarantor LLC | Caleb Brown |
| TGI Funding, LLC | Stefanie Cusick |
| Rohit Manocha | Rohit Manocha |
| Sidney Feltenstein | Citibank |
| Alexander Matina | Barclays |
| Neitzel, John | Midland Loan Services |

[4] Some entities may appear in more than one Schedule or under more than one entity or related party name. Schedule 1 reflects the current list of Potential Parties in Interest that Foley has and continues to run connections on.

| | |
|---|---|
| Manocha, Rohit | US Bank |
| Feltenstein, Sidney J. | Bank of San Antonio |
| Brent E. Bundick | Wells Fargo |
| Meghan Rockwell | Bank of America |
| Ashley Kirkley | Texas Independent Bank |
| Mathiew Hebert | TriArtisan Capital Advisors LLC |
| Peter Despres | G10 Capital Limited |
| Michael Gregory | Texas Partners Bank BOSA |
| Robert Miller | Freebird |
| Justin Burket | Yadav Kids |
| Southeast Restaurant Group (SRG) | Table Turn |
| Main SRG | Gold Coast |
| Somerset County Shopping Center | OASG Hazlet LLC |
| Levin Properties, L.P. | Newburg Crossing LLC |
| Monmouth v Urban Renewal, LLC, as assignee of Eatontown Monmouth Mall, LLC | Cerritos TC Property, LLC |
| Northern Village Associates, LP, a California Limited Partnership | Dos Lagos Squared LLC |
| Simon Property Group (Texas), LP | Mat Gart Merrick Ave. Associates, LLC c/o Gart Property Management LLC |
| Worldgate Centre Owner, LLC, | NNN REIT, LP |
| Becon Center LLC | Lincoln Plaza Center, a Delaware Limited Partnership |
| CR Mount Pleasant, LLC | Brooks Shopping Centers, LLC |
| LS TDMK LLC | Central Islip Holdings, LLC |
| Lakewood Village Shopping Park, LLC | Laxmi Investment LLC |
| Benjamin Schick | Lockton Companies LLC |
| Southview Peak LLC | American Zurich Insurance Company |
| Metropolitan Plaza WP, LLC | Insurance Company of the State of Pennsylvania |
| Woodbury Centre Partners, LLC | Employers Insurance Company of Wausau |
| Allied Austin Co. | Gemini Insurance Company |
| 140 School Street LLC | QBE Insurance Corporation |
| W/S Amherst Properties LLC | Beazley Insurance Company, Inc. |
| Stuyvesant Plaza Retail LLC | Federal Insurance Company |
| Hill Management Services, Inc. | AXIS Insurance Company |
| Crescent Land Development Assoc. LLC | Lloyd's, London |
| CREA/PPC Long Beach Towne Center PO, LLC | Navigators Specialty Insurance Company |

| | |
|---|---|
| GRI Gateway Overlook Pad, LLC | Navigators Insurance Company |
| Cosentino Realty Islandia, LLC a New York Limited Liability Company | Hartford Insurance Company of the Midwest |
| Sunrise Promenade Associates | Zurich American Insurance Company |
| Hamilton Commons Associates LP | American International Group, Inc. |
| UE 675 Route 1 LLC, a Delaware Limited Liability Corporations | U.S. Specialty Insurance Company |
| Old Bridge Plaza Assoc LLC | Voyager Indemnity Insurance Company |
| Linden Route One Associates, LLC | The Continental Insurance Company |
| Centennial Square LLC | XL Insurance America, Inc. |
| 4700 King LLC | Fireman's Fund Insurance Company |
| Addison Quorum Partners, Ltd., a Texas Limited Partnership | The North River Insurance Company |
| Rosemead Place, LLC | AFCO Direct |
| Opry Mills Mall Limited Partnership | United Healthcare |
| Federal Realty OP LP | Voya |
| Vinsue Corporation | Employee Benefits Corporation |
| BKK Working Group | Symetra |
| Paramount Development Corporation | BlueCross BlueShield |
| Experian | MetLife |
| TalentReef | CHUBB |
| Verified Credentials | DataBank |
| GovDocs | InfoSync |
| 114 N. Sixth Realty Corp | NetSpend Corporation |
| 90 Pleasant Valley Street Leasing LLC | 231st CGS, LLC |
| Aliante Gaming, LLC | Beachwood RGM, LLC |
| Annapolis Harbour Center Associates, LLC | Beachwood FAM, LLC |
| Asalea Joint Venture, LLC | Allied Austin, LLC |
| Brooks Shopping Centers, LLC | American Multi-Cinema, Inc. |
| California Hotel and Casino | ARC CafeUSA001, LLC |
| Central Islip Holdings, LLC | Belridge realty Company, Inc. |
| CLPF-Essex Green Village, LLC | Fern Realty Company, LLC |
| Coast Hotels and Casinos, Inc. | Iantosca Company, LLC |
| Crooked Run, LLC | Faxon Heights Realty Company, LLC |
| DFW International Airport Board | Benjamin Schick |
| Farmingville Associates Phase 1, LLC | Brass Mill Commons Ralty Holding LLC |
| Frederick Westview Properties LLC | BRE South Pooled Office Owner, LLC |
| Gettysburg Outlet Center CMBS LLC | Brighton Commons Partnership, LP |
| Group Holdings, LLC | Brookwood Interchange Offices I, LLC |

| | |
|---|---|
| John Carr | Brookwood Interchange Offices II, LLC |
| Joseph Nazario, LLC | BVA Deerbrook SPE LLC |
| KRCX WRI Holdings, LLC | Deebrook SPE Schuman LLC |
| Levcom East Windsor Associates LP | Centennial Square, LLC |
| Linden Route One Associates, LLC | Cerritos TC Property LLC |
| LT Valley Centre LLC | Contenental Plaza Owner, LLC |
| NADG NNN TGIF (HAG-MD) LP | Cosentino Realty Islandia, LLC |
| Opry Mills Mall Limited Partnership | CREA/PPC Long Beach Towne Center PO, LLC |
| Orange City Mills Limited Partnership | Crescent Land Development Associates, LLC |
| Paradise 123, LLC | Dartmouth Commons Development LLC |
| PRTC, LP | Dedham 800, LLC |
| Retail Properties Business Trust | Destiny USA Holdings, LLC |
| Riverhead Centre Owners LLC | DLR Properties, LLC |
| Towne Crossing Burlington, LLC | Dos Lagos Squared, LLC |
| Tyson's Corner Holdings, LLC | EklecCo NewCo LLC |
| Valley Stream Green Acres, LLC | Fairview Realty Associates, LLC |
| Waldorf SC LLC | Brenda Phillips, LLC |
| Waldorf SC TIC 1 LLC | Far West Storage, L.P. |
| Waldorf SC TIC 2 LLC | Freshwater MZI, LLC |
| Waldorf SC TIC 3 LLC | G&I IX Empire Big Flats, LLC |
| Waldorf SC TIC 4 LLC | Granada Plaza Group, LLC |
| Waldorf SC TIC 5 LLC | Greentree Square Affiliates, LLC |
| Waldorf SC TIC 6 LLC | GREF Eastland Center, LP |
| Waldorf SC TIF 7 LLC | GRI Gateway Overlook, LLC |
| Waldorf SC TIG 8 LLC | Hamilton Commons Associates LP |
| Worldgate Center Owner, LLC | Highwoods Preserve Owner, LLC |
| Lakewood Village Shopping Park LLC | Jemal's Boulevard LLC |
| Land Lease Holdings, LLC | Kimco North Brunswick 617, LLC |
| Levin Properties LP | KRG Bel Air Square, LLC |
| Lincoln Plaza Center, LP | The Johnson Development Corporation, Inc. |
| MartGart Merrick Ave Associates LLC | RLJ III HGN Hollywood Lessee LP |
| Middleyork, LLC | RSH Concessions, LLC |
| MP Promenade, LLC | Domain Enterprises, Inc. |
| Newburgh Crossing, LLC | American Bistro Scandinavia A/S |
| Northern Village Associates LP | Americana Kuwait Company for Restaurants W.L.L. |

| | |
|---|---|
| LS Capital Inc. | Al Ahlia Restaurants Company LLC |
| OASG Hazlet LLC | Bahrain & Kuwait Restaurants Co. |
| Ocean & 5th Commercial LLC | Egypt Company International Touristic Projects (Americana) |
| Old Bridge Plaza Associates, LLC | Qatar Food Company, LLC |
| One Southside Drive, LLC | Kuwait Food Company (Americana) LLC |
| Orange Park Mall, LLC | Brazil Airport Restaurantes S.A. |
| PMAT-Stirling Crossroads, LLC | Bicolor S.A. |
| Poughkeepsie Plaza Mall, LLC | Bistro Americano Eastwood Mall Corporation |
| RAMA Shopping Center, Inc. | Bistro Americano Corp. |
| Rancho Mall, LLC | Bistro Americano Abreeza Mall Corporation |
| Rockville Restaurant LLC | Bistro Hospitality Pvt. Ltd. |
| Rose Investment Co., LLC | Bistro Turistico Internacional S.A. |
| Rosemead Place, LLC | Brainstorm Enterprises, Ltd |
| Route 140 School Street, LLC | Cargills Food Services (Private) Limited |
| RREEF Management LLC | Chaswood Restaurant Management (Beijing) Co., Ltd. |
| Sen-Pin Kao | Bistroamericana (BU) Sdn. Bhd., a Malaysian company |
| Merideth Ferrarra | Bistroamericana (QB) Sdn. Bhd., a Malaysian company |
| Simi Entertainment Plaza, LLC | Craveat (BB) Sdn. Bhd., a Malaysian company |
| Somerset County Shopping Center | Bistroamericana (TC) Sdn. Bhd., a Malaysian company |
| south Shore Mall Realty LLC | Bistroamericana (A) Sdn. Bhd., a Malaysian company |
| South Shore CH LLC | Bistroamericana (JB) Sdn. Bhd. |
| South Shore Nassim LLC | Bistroamericana (PBJ) Sdn. Bhd. |
| Statepo, LLC | Bistroamericana (MyTown) Sdn. Bhd. |
| Tennjack, LLC | Bistroamericana (Hartamas) Sdn. Bhd. |
| Sudley Restaurant Holdings, LLC | Francroft Limited |
| Sunrise Promenade Associates | TGI Restaurant (Airside) Ltd |
| SUSO 4 Cedar Pointe LLP | 1122035 Ontario Limited |
| The Commons at Willowbrook, Inc. | 5009828 Ontario Limited |
| The Gator Hold DEVCO DE, LLC | Franquicias Alimentarias S.A. |
| Towson TC, LLC | Friday's Kolonaki SA |
| Tyler Mall LP | Friday's Kifisias S.A. |

| | |
|---|---|
| Vestal Town Square, LLC | Wayport Finance Group S.A. |
| Vinsue Corporation | Watami USA Guam |
| Virday LLC | Alka, LLC |
| Westminster Mall, LLC | SSP Bahrain W.L.L. |
| Woodbury Centre Partners, LLC | SSP Emirates LLC |
| Zaliv LLC | HMSHost Norway AS |
| Fania Maria Xenopolous S.A. | MFG Korea Co., Ltd. |
| Friday's Ampelokipoi S.A. | Restaurantes Payes S.A. de C.V. |
| Friday's Pylaia S.A. | Breal Capital 105 Limited |
| Friday's Aristotelous S.A. | 1107 Falcons Food, LLC |
| Estiatoria Marinas Floisvo IKE | 1504 Falcons Food, LLC |
| Golden Restaurants Amarousiou IKE | 1507 Falcons Food, LLC |
| Restaurants Kapnikareas IKE | 1511 Falcons Food, LLC |
| Americana Franquia, S.A. | 1814 Falcons Food, LLC |
| Comercializadora AMEB, S.A. de C.V. | 1817 Falcons Food, LLC |
| Handcrafted Restaurants Ltd | 1818 Falcons Food, LLC |
| Isla Alegre Restaurants N.V. | 2543 Falcons Food, LLC |
| Juliecom S.A. | 2555 Falcons Food, LLC |
| Juliechillos S.A. | American Pub, LLC |
| Juliecumbaya S.A. | Atlanta Restaurant Partners |
| Kentucky Foods Group Limited | Cedar Fair, L.P. |
| MERA Aeropuertos S.A. de C.V. | Central Florida Restaurants, Inc. |
| Meramexair S.A. | CFC Stripes - BP Brooklyn, LLC (CFC) |
| Mid City Operadora Sapi de CV | CFC Stripes - CFC Mansfield, L.P. |
| Pasilades S.A. | CFC Stripes - Cleveland Restaurant Operation Limited Partnership III |
| Parauco, S.A. | CFC Stripes - Cleveland Restaurant Operation Limited Partnership IV |
| Weekenders Trinidad Limited | CFC Stripes - Lakeview I, Ltd. |
| PRESTIGE HOLDINGS LIMITED | Host International, Inc. |
| TGI Fridays Greenhills Pty Ltd. | Lehigh Valley Pubs, Inc. |
| TGI Carousel Pty Ltd. | Lycoming Pubs, Inc. (Northeast Concepts) |
| TGI Melbourne Central Pty Ltd. | Metz Enterprises, Inc. |
| TGI Marion Pty Ltd. | Midwest TGF, Inc. |
| TGI Fountain Gate Pty Ltd | Northeast Concepts, Inc. |
| TGI MacQuarie Pty Ltd. | Orlando Restaurants, Inc. |
| TGI Eastland Pty Ltd. | RLJ II-Midway Restaurant Lessee, LLC |
| TGI Tea Tree Plaza Pty Ltd. | South Jersey Pubs, Inc. |

| | |
|---|---|
| TGI Chadstone Pty Ltd. | Sugarloaf Hospitality LLC |
| TGI Robina Pty Ltd. | Tri-C, Inc. (Colliers) |
| TGI Epping Pty Ltd. | United Restaurant Group, L.P. |
| TGI Southland Pty Ltd. | V1, LLC (VNE, Inc.) |
| TGI Doncaster Pty Ltd. | Village XIII, Inc. |
| TGI Tuggerah Pty Ltd. | VNE, Inc. |
| TGI Whitford Pty Ltd. | ROPES & GRAY LLP |
| TGI Joondalup Pty Ltd. | FOLEY & LARDNER LLP |
| TGI Sunshine Plaza Pty Ltd | W/S Amherst Properties LLC |
| TGI Surfers Paradise Pty Ltd | USA Today |
| TGI Frankston Pty Ltd | Tru Touching Humans LLC dba TRUth |
| Tankurinn ehf | REACTS LLC |
| Caribbean Franchise Development Corp. | Addison Quorum Partners Ltd |
| Viernes de Honduras S.A. de C.V. | Route 140 School Street LLC |
| Restaurantes y Servicios Reyse, S.A. | Vinsue Corporation |
| Watami Co, Ltd. | Woodbury Centre Partners LLC |
| BRG | DLR Properties LLC |
| Stretto | Tyler Mall Limited Partnership |
| Falcon Group | DFW International Airport Board |
| Jeney Carey | Spark Branding House Inc |
| Phat Vo | MONMOUTH V URBAN RENEWAL LLC |
| Ernst & Young | A O Smith Water Products Corp |
| Ducharme, McMilla & Associates | South Shore Mall Realty LLC |
| Michelman & Robinson LLP | Simon Property Group (TX) LP |
| Greenberg Traurig LLP | Northern Village Associates LP |
| Jackson Lewis PC | Allied Austin Llc |
| Tarlow Breed | Mall At Solomon Pond LLC |
| Post Polak | Schick Construction Inc |
| Klemchuk | Valley Stream Green Acres Llc |
| Seyfarth Shaw LLP | Heidrick and Struggles Inc |
| Shenker Russo & Clark LLP | Yelp Inc - Advertising |
| DJK Law | Windstream Corporation |
| Resnick | EklecCo NewCo LLC |
| Sedgwick | ARC CAFEUSA001 LLC |
| Haynes & Boone LLP | DK Crown Holdings Inc dba DraftKings Inc |
| Dentons | Leviton Law Firm Ltd |
| Litchfield Cavo LLP | BROOKS SHOPPING CENTERS LLC |

| | |
|---|---|
| Goldstein Law | Brass Mill Commons Realty Holding LLC |
| Wood Smith Henning & Berman LLP | Loews West Long Branch Cinemas |
| McCormick & Priore, PC | Stuyvesant Plaza Retail LLC |
| Hurwitz & Fine | Weil, Gotshal & Manges LLP |
| Pillinger, Miller, and Tarallo | Milbank LLP |
| Bybee & Tibbals | Norton Rose Fulbright US LLP |
| Hyland Levin Shapiro | Kramer Levin Naftalis & Frankel LLC |
| Digitas Inc | FTI Consulting, Inc. |
| Active Media Services Inc | Houlihan Lokey, Inc. |
| MiQ Digital USA Inc | FTI Consulting Inc. |
| DoorDash Inc | Applebee's |
| Towson Tc Llc | Chili's |
| Brookwood Interchange Office I LLC | Olive Garden |
| Katz Media Group Inc | Texas Roadhouse |
| WG Park LP Willow Grove Park Mall | Outback Steakhouse |
| Zaliv LLC | Digitas Inc |
| SOUTHVIEW PEAK LLC | Active Media Services Inc |
| Metropolitan Plaza WP LLC | PSEGLI |
| Creating Culinary Community LLC | National Grid - Pittsburgh/371382 |
| Urban Edge Properties | Town of Hempstead, NY - Dept of Water |
| MP Promenade LLC | Dominion VA/NC Power/26543/26666 |
| SALESFORCE.COM INC. | Columbia Gas of Virginia |
| Rancho Mall LLC | Town of Herndon, VA |
| Telgian Corporation | Revenue Collections - MD |
| CR Mount Pleasant LLC | Washington Suburban Sanitary Commission |
| MiQ Digital USA Inc | Anne Arundel County Water and Wastewater |
| Microsoft Licensing Gp | Constellation NewEnergy/4640 |
| DoorDash Inc | Village of Nyack Water Dept., NY |
| Cheetah Digital Inc | Orange and Rockland Utilities (O&R) |
| Katz Media Group Inc | Con Edison |
| Ch Robinson International Inc | National Grid - Brooklyn/371416 |
| Oracle America Inc | Alexandria Renew Enterprises |
| Cintas Corp No 2 | Washington Gas/37747 |
| Cognizant Technology Solutions US Corp | Virginia American Water Company |
| SALESFORCE.COM INC. | PEPCO (Potomac Electric Power Company) |
| Cintas Corporation | Village of Rockville Centre NY |

| | |
|---|---|
| Eisner Advisory Group LLC | Town of Leesburg, VA |
| USA Today | City of Hagerstown |
| Tru Touching Humans LLC | POTOMAC EDISON |
| Spark Branding House Inc | Columbia Gas of Maryland |
| Yelp Inc - Advertising | Maryland American Water Company |
| Windstream Corporation | SMECO (Southern Maryland Electric Coop) |
| Alchemy Technology Group LLC | Charles County Government |
| DK Crown Holdings Inc | IGS Energy/936626 |
| ColorDynamics Inc | Columbia Gas of Pennsylvania - GTS |
| NCR Corporation | Gettysburg Outlet Center CMBS LLC |
| Cardlytics Inc | Compass Energy Gas Services, LLC |
| DataDelivers LLC | Fairfax Water - VA |
| Sparkfly Inc | Rappahannock Electric Coop |
| Blodgett Oven Co Inc | Town of Front Royal, VA |
| RF BINDER PARTNERS INC | Jackson Energy Authority |
| Google | Piedmont Natural Gas |
| Black Box Intelligence | UBS-Utility Billing Services |
| Staples Advantage - 70242 | North Little Rock Electric |
| Onesource Iml | Summit Utilities Arkansas Inc |
| Yext Inc. | CenterPoint Energy/1325/4981/2628 |
| Coca-Cola Southwest Beverages LLC | Mississippi Power |
| Talento Inc | City of Gulfport Water and Sewer - MS |
| US Food Service Las Vegas | Entergy Louisiana, Inc./8108 |
| Datassential | Atmos Energy/630872/740353 |
| Service Now Inc | Jefferson Parish, LA |
| Blackhawk Network Inc | Winchester Public Utilities |
| Restaurant Technologies Inc | Golden State Water Co. |
| Nuco2 LLC | City of Simi Valley, CA |
| Health Care Service Corporation DBA | City of Long Beach, CA |
| Directv | City of Rancho Cucamonga, CA |
| Dinetec | Cucamonga Valley Water District |
| TalentReef Inc | City of Corona, CA |
| BGE | City of San Bernardino, CA - Water |
| NRG Business Marketing/32179 | Riverside Public Utilities, CA |
| Suffolk County Water Authority - NY | City of Covina - 5 - CA |
| Shenandoah Valley Electric Co-Op | Direct Energy/70220 |
| Liberty Utilities New York/75463 | California American Water Company |
| Levittown WD | City of South Gate, CA |
| TXU Energy/650638 | Town of Orange, CT |

| | |
|---|---|
| Cedar Hill - Utility Services | Regional Water Authority |
| Florida Natural Gas/934726 | The United Illuminating Company |
| Teco: Peoples Gas | Southern Connecticut Gas (SCG) |
| FPL - Florida Power & Light Company | Town of Manchester, CT |
| Lehigh County Authority/3758 | Connecticut Natural Gas Corp (CNG) |
| UGI Utilities Inc | East Windsor Municipal Utilities |
| PPL Electric Utilities/Allentown | Jersey Central Power & Light |
| Palm Beach County Water Utilities Dept | New Jersey Natural Gas |
| Florida Public Utilities/825925 | North Brunswick Township |
| Clay Electric Cooperative/308 | Aqua New Jersey/70279 |
| Clay County Utility Authority, FL | City of Yonkers, NY/5211 |
| NYSEG-New York State Electric & Gas | Santee Cooper |
| Town of Vestal, NY - Utility Fund | City of North Myrtle Beach, SC |
| Teco Tampa Electric Company | Dominion Energy South Carolina |
| Monroe County Water Authority | City of Myrtle Beach, SC |
| RG&E - Rochester Gas & Electric | Burlington Township Water & Sewer Utility |
| National Grid - New York/371376 | Eatontown Sewer Authority |
| Town of Newburgh, NY | City of Fresno, CA |
| Central Hudson Gas & Electric Co | Elizabethtown Gas/6031 |
| Town of Wallkill, NY | Old Bridge Municipal Utilities Authority |
| Sprague Operating Resources LLC | MA - Massachusetts Department of Revenue - Prepayment |
| Clifton Park Water Authority | MA - Massachusetts Department of Revenue - Sales Tax |
| Wilton Water & Sewer Authority, NY | MA - Massachusetts Department of Revenue - # 620 Seekonk |
| Town of Dartmouth, MA | MA - Massachusetts Department of Revenue - # 621 North Dartmouth |
| Eversource Energy | MA - Massachusetts Department of Revenue - # 622 Taunton |
| PSE&G-Public Service Elec & Gas Co | MA - Massachusetts Department of Revenue - # 641 Methuen |
| New Jersey American Water Company/371331 | MA - Massachusetts Department of Revenue - # 642 Boston Brigham |
| PECO/37629 | MA - Massachusetts Department of Revenue - # 643 Milford |
| Aqua Pennsylvania/70279 | MA - Massachusetts Department of Revenue - # 644 Boston Berlin |
| BCWSA (Bucks County Water & Sewer) | MA - Massachusetts Department of Revenue - # 646 Everett |

| | |
|---|---|
| Camden County MUA | MA - Massachusetts Department of Revenue - # 647 Millbury |
| Tax Collector, City of Waterbury, CT | MA - Massachusetts Department of Revenue - # 648 Braintree |
| CWC - Connecticut Water | MA - Massachusetts Department of Revenue - # 652 Boston Danvers |
| City of Humble, TX | MA - Massachusetts Department of Revenue - # 654 Stoughton |
| City of Houston, TX - Water/Wastewater | MA - Massachusetts Department of Revenue - # 655 Mansfield |
| Southern California Gas (The Gas Co.) | MA - Massachusetts Department of Revenue - # 656 N. Attleboro |
| Los Angeles Dept of Water & Power/30808 | MA - Massachusetts Department of Revenue - # 658 Dedham |
| Direct Energy | MD - Comptroller of Maryland - TGIF of Towson |
| City of Cerritos, CA - Water Billing | MD - Comptroller of Maryland - TGIF of Greenbelt |
| Southern California Edison | MD - Comptroller of Maryland - TGIF of Annapolis |
| City of Orange, CA | MD - Comptroller of Maryland - TGIF of Rockville |
| Lisa L. Lambert | MD - Comptroller of Maryland - TGIF of Howard |
| Asher Bublick | MD - Comptroller of Maryland - TGIF of Washington |
| Kara Croop | MD - Comptroller of Maryland - TGIF of Harford |
| Reinhard Freimuth | MD - Comptroller of Maryland - TGIF of Frederick |
| Fernando Garnica | MD - Comptroller of Maryland - TGIF of Charles |
| C. Marie Goodier | MI - Michigan Department of Treasury - Franchise |
| Susan Hersh | MN - Minnesota Department of Revenue - Franchise |
| Alexandria Hughes | MO - Missouri Department of Revenue - Franchise |
| Meredyth Kippes | MS - Mississippi Department of Revenue |
| Felicia P. Palos | NC - North Carolina Department of Revenue - Franchise |
| Nancy S. Resnick | NH - New Hampshire Department of Revenue - Amherst |
| Jason Russell | NH - New Hampshire Department of Revenue - Concord |

| | |
|---|---|
| Kendra M. Rust | NH - New Hampshire Department of Revenue - Manchester |
| Erin Schmidth | NJ - New Jersey Division of Taxation - Friday's Inc |
| Rafay Suchedina | NJ - New Jersey Division of Taxation - Burlington |
| Cheryl H. Wilcoxson | NJ - New Jersey Division of Taxation - Webco |
| Elizabeth Young | NV - Nevada Department of Taxation |
| Judge Stacey G.C. Jernigan | NV - Nevada Department of Taxation - Commerce Tax |
| Judge Robert L. Jones | NY - New York Department of Taxation and Finance - Inc |
| Judge Mark X. Mullin | NY - New York Department of Taxation and Finance - LLC |
| Judge Edward L. Morris | OH - Ohio Department of Taxation - Franchise |
| Judge Michelle V. Larson | OK - Oklahoma Tax Commission - Franchise |
| Judge Scott W. Everett | PA - Pennsylvania Department of Revenue |
| AR - North Little Rock Advertising & Promotion Commission | SC - South Carolina Department of Revenue - Franchise |
| AR - Arkansas Department of Finance & Administration | SC - South Carolina Department of Revenue - Mt. Pleasant Sales Tax |
| AR - City of North Little Rock - Mixed Drink - Check | SC - South Carolina Department of Revenue - Mt. Pleasant LBD |
| CA - California State Board of Equilization | SC - South Carolina Department of Revenue - Murrells Inlet Sales Tax |
| CO - Department of Revenue | SC - South Carolina Department of Revenue - Murrells Inlet LBD |
| CO - City of Denver | SC - South Carolina Department of Revenue - North Myrtle Beach Sales Tax |
| CO - City of Longmont | SC - South Carolina Department of Revenue - North Myrtle Beach LBD |
| CT - Connecticut Department of Revenue | SC - South Carolina Department of Revenue - Myrtle Beach Sales Tax |
| FL - Florida Dept of Revenue - Franchise | SC - South Carolina Department of Revenue - Myrtle Beach LBD |
| FL - Florida Dept of Revenue - Miami Beach #577 | SC - Horry County |
| FL - Florida Dept of Revenue - Melbourne #578 | SC - City of Mt. Pleasant - Check |
| FL - Florida Dept of Revenue - Boynton Beach #579 | SC - City of North Myrtle Beach - Check |

| | |
|---|---|
| FL - Florida Dept of Revenue - Royal Palm Beach #582 | SC - City of Myrtle Beach - Check |
| FL - Florida Dept of Revenue - Ormond Beach #584 | TN - Tennessee Department of Revenue |
| FL - Florida Dept of Revenue - Orange Park #585 | TN - Tennessee Department of Revenue - Jackson LBD |
| FL - Florida Dept of Revenue - Tampa #587 | TN - Tennessee Department of Revenue - Opry Mills LBD |
| FL - City of Miami Beach Resort Tax | TX - Texas Comptroller - Franchise |
| GA - Georgia Department of Revenue - Franchise | VA - Virginia Department of Taxation |
| IL - Illinois Department of Revenue - Franchise | VA - Town of Herndon |
| IN - Indiana Department of Revenue | VA - City of Alexandria |
| LA - Louisiana Department of Revenue | VA - City of Leesburg |
| LA - Parish of Caddo | VA - Prince William County - #129 |
| LA - Jefferson Parish | VA - Prince William County - #293 |
| | VA - City of Winchester - Check |
| | VA - Warren County - Check |
| | VA - City of Fredericksburg - Check |
| | WI - Wisconsin Department of Revenue - Franchise |

## SCHEDULE 2[5]

## DISCLOSURES OF RELATIONSHIPS TO POTENTIAL PARTIES IN INTEREST

| PARTY NAME | CURRENT FOLEY CLIENT | FORMER FOLEY CLIENT |
|---|---|---|
| Centerpoint Energy, Inc. | | X |
| City of Humble, TX | | X |
| Google LLC | | X |
| Massachusetts Department of Revenue | | X |
| Oracle America, Inc. | | X* |
| SalesForce.com, Inc. | | X |
| Southern California Edison Company | | X |
| Southeast Restaurant Group, Inc. | | X |
| Symetra Financial Corporation | X* | |
| Wells Fargo Bank, N.A. | X | |
| Host International, Inc. | | X |
| Long Beach, City of, CA | | X |
| Santee Cooper | | X |
| US Bank | X | |

---

[5] A * in the Current or Former Client column denotes individual parties in interest whose names appear in Foley's client database but who may not be the same individual or entity as the proper party in interest with respect to these Chapter 11 Cases.