## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-80069-SGJ11 |
| TGI FRIDAY'S INC., | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of **Sugarloaf Concessions, LLC**, in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other manner in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2022(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be served by U.S. Mail, hand delivery, electronically or other appropriate means to the creditors in care of the undersigned at the address set forth below.

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: */s/ Steven A. Leyh*
     Steven A. Leyh
     State Bar No. 12318300
     Email: leyh@hooverslovacek.com
     Edward W. Engel
     State Bar No. 06622300
     Email: engel@hooverslovacek.com
     Curtis W. McCreight
     State Bar No. 00794980
     Email: mccreight@hooverslovacek.com
     Angeline V. Kell
     State Bar No. 24040009
     Email: kell@hooverslovacek.com
     Galleria Tower II
     5051 Westheimer, Suite 1200
     Houston, Texas 77056
     Telephone: (713) 977-8686
     Facsimile: (713) 977-5395

**ATTORNEY FOR SUGARLOAF
CONCESSIONS, LLC**

## CERTIFICATE OF SERVICE

I certify that on December 6, 2024, a true and correct copy of the foregoing document was filed and served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas on those parties registered to receive electronic notice.

*/s/ Steven A. Leyh*
Steven A. Leyh