Ian T. Peck
Texas Bar No. 24013306
David L. Staab
Texas Bar No. 24093194
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Email: ian.peck@haynesboone.com
Email: david.staab@haynesboone.com

**Attorneys for Sugarloaf TGIF Management, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TGI Friday's, Inc., *et al.*,[1] | § | Case No. 24-80069-sgj11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF FURTHER RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion to Enforce Order Granting Motion of TGIF SPV Guarantor, LLC; TGIF Funding, LLC; and TGI Friday's Franchisor, LLC for Allowance and Payment of Administrative Claim* [Docket No. 686] (the "Motion to Enforce") filed by Sugarloaf TGIF Management, LLC, in its capacity as manager for TGIF SPV Guarantor, LLC; TGIF Funding, LLC; and TGI Friday's Franchisor, LLC originally scheduled for August 28, 2025 and rescheduled to September 11, 2025 has been further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117): TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Harford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014). The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

rescheduled to **Thursday, September 25, 2025 at 9:30 a.m. (prevailing Central Time)** before the Honorable Stacey G.C. Jernigan.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**Link**: https://us-courts.webex.com/meet/jerniga

**PLEASE TAKE FURTHER NOTICE** that the WebEx Hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates. Parties should review the WebEx instructions prior to the hearing.

**Dial-In:**     650.479.3207

**Access code:**   2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Stay Motion is available (i) on the Debtors' website at https://cases.stretto.com/tgifridays/court-docket/, (ii) on the Bankruptcy Court's website at https://ecf.txnb.uscourts.gov/ via ECF/Pacer, or (iii) upon request to the undersigned.

DATED this 10th day of September 2025.

By: */s/ David L. Staab*
Ian T. Peck
Texas Bar No. 24013306
David L. Staab
Texas Bar No. 24093194
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Email: ian.peck@haynesboone.com
Email: david.staab@haynesboone.com

**Attorneys for Sugarloaf TGIF Management, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notices in these Chapter 11 cases on September 10, 2025.

*/s/ David L. Staab*
David L. Staab