IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>TGI Friday's Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-80069-sgj11<br><br>Jointly Administered |

**ELEVENTH MONTHLY STAFFING REPORT OF
BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES DURING
THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The debtors and debtors in possession ("Debtors") |
| Date of Retention: | December 30, 2024 effective as of November 2, 2024 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2025 through September 30, 2025 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $56,482.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$56,482.00** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Hartford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014). The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

**Relief Requested**

1. This is Berkeley Research Group's ("BRG") eleventh monthly staffing report (the "Staffing Report") for the period September 1, 2025 through September 30, 2025 (the "Fee Period") filed pursuant to the terms of the *Order Authorizing the (I) Retention of Berkeley Research Group, LLC, to Provide (A) a Chief Restructuring Officer and (B) Additional Personnel for the Debtors Effective as of the Petition Date and, (II) Granting Related Relief* [Dkt. No. 419] (the "Retention Order"). BRG requests: (a) allowance of compensation in the amount of $56,482.00 for actual, reasonable and necessary professional services rendered to the Debtors by BRG and (b) reimbursement of actual, reasonable, and necessary expenses in the amount of $0.00 incurred by BRG

**Services Rendered and Disbursements Incurred**

2. Attached as **Exhibit A** is the schedule of professionals who rendered services to the Debtors during the Fee Period, including each person's billing rate and the blended rate and **Exhibit B** shows the schedule of fees expended during the Fee Period by task code. Attached as **Exhibit C** are BRG's detailed time descriptions for the Fee Period which describe the time spent by each BRG professional.

3. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

4. The scope of services performed by BRG are set forth in the Engagement Letter[2] (the "Scope of Services") and include having Kyle Richter assume the role of Chief Restructuring Officer ("CRO") with Additional Personnel. During the Fee Period, Mr. Richter and the Additional Personnel have provided interim management and advisory assistance to the Debtors consistent with the Scope of Services, which are set forth below:

- a) Subject to the approval of the Board of Directors of the Debtors, develop and implement a chosen course of action to preserve asset value and maximize recoveries to stakeholders;

- b) Oversee the activities of the Debtors in consultation with other advisors and the management team to effectuate the selected course of action;

- c) Manage the development of cash flow projections and related methodologies and assist with planning for alternatives as requested by the Debtors;

- d) Oversee the activities related to preparing for and operating in a chapter 11 bankruptcy proceeding, including negotiations with stakeholders;

- e) Have exclusive authority for the approval of all of the Debtors' disbursements and any modifications to all cash flow projections;

- f) Manage the Debtors' development of its business plan, and such other related forecasts as may be required by creditor constituencies in connection with negotiations;

- g) Provide information deemed by the CRO to be reasonable and relevant to stakeholders and consult with key constituents as necessary;

- h) To the extent reasonably requested by the Debtors, offer testimony before the Court with respect to the services provided by the CRO and the BRG Personnel, and participate in depositions, including by providing deposition testimony, related thereto; and

- i) Provide such other services as mutually agreed upon by the CRO, BRG, and the Debtors.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms as in the Retention Order.

## Notice and Objection Procedures

5. Notice of this Staffing Report has been provided to: the U.S. Trustee for the Northern District of Texas and any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

6. In accordance with the Retention Order, objections to this Staffing Report must be filed and served to the undersigned within fourteen (14) days of the date of this filing. The Court will review and consider such objection in the event any objection is filed.

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadline, if no objections to the Staffing Report are received BRG respectfully requests: allowance of $56,482.00, comprised of (i) 100% of BRG's total fees for services rendered during the Fee Period ($56,482.00) and (ii) 100% of the total disbursements incurred during the Fee Period ($0.00).

Date: 10/22/2025

Berkeley Research Group, LLC

By /s/ Kyle Richter
Kyle Richter
Managing Director
225 Franklin Street, Suite 3100
Boston, MA 02110
617-925-4097

## Exhibit A: Fees By Professional

## Berkeley Research Group, LLC

## For the Period 9/1/2025 through 9/30/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| K. Richter | Managing Director | $1,250.00 | 15.4 | $19,250.00 |
| H. Foard | Senior Managing Consultant | $885.00 | 13.0 | $11,505.00 |
| H. Cusimano | Senior Associate | $590.00 | 38.4 | $22,656.00 |
| D. Crandall | Associate | $445.00 | 2.9 | $1,290.50 |
| M. Haverkamp | Case Manager | $395.00 | 1.5 | $592.50 |
| H. Henritzy | Case Coordinator | $290.00 | 2.4 | $696.00 |
| E. Degnan | Case Assistant | $205.00 | 2.4 | $492.00 |
| **Total** | | | **76.0** | **$56,482.00** |
| **Blended Rate** | | | | **$743.18** |

**Exhibit B: Fees By Task Code**

**Berkeley Research Group, LLC**

For the Period 9/1/2025 through 9/30/2025

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/ Disposition | 16.8 | $12,816.00 |
| 05. Professional Retention/ Fee Application Preparation | 6.3 | $1,780.50 |
| 10. Recovery/ SubCon/ Lien Analysis | 14.8 | $11,900.00 |
| 11. Claim Analysis/ Accounting | 1.4 | $1,024.00 |
| 14. Executory Contracts/ Leases | 0.2 | $118.00 |
| 18. Operating and Other Reports | 17.7 | $14,319.50 |
| 19. Cash Flow/Cash Management/ Liquidity | 3.6 | $2,256.00 |
| 26. Tax Issues | 1.9 | $1,319.00 |
| 27. Plan of Reorganization/ Disclosure Statement | 1.5 | $1,281.00 |
| 35. Employee Management/ Retention | 6.0 | $5,520.00 |
| 36. Operation Management | 2.1 | $1,437.00 |
| 37. Vendor Management | 3.7 | $2,711.00 |
| **Total** | **76.0** | **$56,482.00** |
| **Blended Rate** | | **$743.18** |

## Exhibit C: Time Detail

## Berkeley Research Group, LLC

### For the Period 9/1/2025 through 9/30/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 9/3/2025 | K. Richter | 0.7 | Evaluated buyer liquor license TSA purchases made through 9/2. |
| 9/3/2025 | H. Cusimano | 0.7 | Updated schedule of alcohol purchases made by buyers under liquor license TSA agreements through 9/2. |
| 9/4/2025 | K. Richter | 0.3 | Reviewed status update on transfer of liquor licenses to buyers as of 9/4. |
| 9/4/2025 | H. Cusimano | 0.2 | Met with Ropes & Gray (L. McJohn) re: status of buyer liquor license transfers as of 9/4. |
| 9/8/2025 | H. Cusimano | 1.2 | Reconciled amounts owed to TGIF under buyer TSA agreements as of 9/8. |
| 9/8/2025 | H. Cusimano | 0.6 | Reviewed liquor license purchase offers received as of 9/8. |
| 9/9/2025 | K. Richter | 0.8 | Reviewed 9/8 reconciliation of amounts owed to TGIF under buyer TSA agreements. |
| 9/9/2025 | K. Richter | 0.3 | Evaluated offers received as of 9/8 re: certain liquor licenses. |
| 9/10/2025 | H. Cusimano | 1.3 | Updated liquor license sale tracker for activity as of 9/10. |
| 9/11/2025 | K. Richter | 0.6 | Reviewed liquor license sale tracker to assess sale status and next steps. |
| 9/12/2025 | H. Cusimano | 2.6 | Reconciled certain third party delivery service provider receipts collected from sold locations as of 9/12. |
| 9/12/2025 | H. Cusimano | 1.1 | Updated reconciliation of amounts owed to TGIF under buyer TSA agreements as of 9/8. |
| 9/15/2025 | H. Cusimano | 1.9 | Reconciled certain third party delivery service provider receipts collected from sold locations as of 9/12. |
| 9/16/2025 | H. Cusimano | 0.4 | Updated schedule of alcohol purchases made by buyers under liquor license TSA agreements through 9/15. |
| 9/18/2025 | H. Cusimano | 0.6 | Updated liquor license sale tracker for latest status as of 9/18. |
| 9/18/2025 | H. Cusimano | 0.2 | Corresponded with TGIF (R. Jasso) re: potential liquor licenses remaining for sale. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 9/19/2025 | H. Cusimano | 1.6 | Reconciled certain third party delivery service provider receipts collected from sold locations as of 9/19. |
| 9/19/2025 | K. Richter | 0.7 | Reviewed reconciliation of third party delivery service provider receipts collected from sold locations. |
| 9/26/2025 | K. Richter | 0.6 | Reviewed updates to reconciliation of third party delivery service provider receipts collected from Mera locations. |
| 9/26/2025 | K. Richter | 0.4 | Corresponded with Mera (R. Hiatt) re: third party delivery service provider receipts collected from Mera locations. |
| **Task Code Total Hours** | | **16.8** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 9/3/2025 | M. Haverkamp | 0.1 | Edited July staffing report for filing. |
| 9/9/2025 | E. Degnan | 1.1 | Prepared August staffing report. |
| 9/10/2025 | H. Henritzy | 2.4 | Prepared August staffing report. |
| 9/10/2025 | M. Haverkamp | 0.1 | Edited August staffing report. |
| 9/15/2025 | E. Degnan | 1.0 | Prepared August staffing report. |
| 9/15/2025 | M. Haverkamp | 0.4 | Edited August staffing report. |
| 9/18/2025 | M. Haverkamp | 0.9 | Edited August staffing report. |
| 9/18/2025 | E. Degnan | 0.3 | Prepared updated August staffing report. |
| **Task Code Total Hours** | | **6.3** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 9/11/2025 | K. Richter | 0.8 | Held call with Ropes & Gray (R. Brown, M. Wheat) to review waterfall analysis updates. |
| 9/11/2025 | H. Cusimano | 0.8 | Met with Ropes & Gray (R. Brown, M. Wheat) re: discussion of waterfall analysis as of 9/11. |
| 9/15/2025 | H. Cusimano | 1.8 | Prepared summary schedule supporting claims estimates included in waterfall analysis. |
| 9/15/2025 | H. Cusimano | 1.4 | Updated waterfall analysis to incorporate comments from Counsel. |
| 9/16/2025 | K. Richter | 1.2 | Provided comments on claim estimate schedules for the waterfall analysis. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 9/16/2025 | H. Cusimano | 0.8 | Updated summary schedules supporting claims estimates included in waterfall analysis. |
| 9/16/2025 | K. Richter | 0.4 | Reviewed updated waterfall analysis reflecting edits proposed by Counsel. |
| 9/17/2025 | K. Richter | 1.0 | Held call with Ropes & Gray (R. Brown, M. Wheat) to review further updates to waterfall analysis. |
| 9/17/2025 | H. Cusimano | 1.0 | Met with Ropes & Gray (R. Brown, M. Wheat) re: discussion of waterfall analysis as of 9/17. |
| 9/18/2025 | H. Cusimano | 1.8 | Updated waterfall analysis to align with latest term sheet. |
| 9/19/2025 | H. Cusimano | 2.0 | Revised waterfall analysis to incorporate comments from Counsel. |
| 9/19/2025 | K. Richter | 0.4 | Held call with Ropes & Gray (R. Brown, M. Wheat) to review comments on waterfall analysis as of 9/19. |
| 9/19/2025 | H. Cusimano | 0.4 | Met with Ropes & Gray (R. Brown, M. Wheat) re: comments on the waterfall analysis. |
| 9/25/2025 | K. Richter | 1.0 | Evaluated potential creditor recoveries based on current waterfall analysis. |
| **Task Code Total Hours** | | **14.8** | |
| **11. Claim Analysis/ Accounting** | | | |
| 9/3/2025 | H. Cusimano | 0.5 | Updated schedule of healthcare claims processed since sale closing date to include activity through 9/2. |
| 9/3/2025 | K. Richter | 0.3 | Reviewed healthcare claims processed through 9/2. |
| 9/16/2025 | H. Cusimano | 0.3 | Updated schedule of healthcare claims processed since sale closing date to include activity through 9/15. |
| 9/30/2025 | H. Cusimano | 0.3 | Corresponded with TGIF (A. Ingram) re: reconciliation of recent healthcare claims. |
| **Task Code Total Hours** | | **1.4** | |
| **14. Executory Contracts/ Leases** | | | |
| 9/18/2025 | H. Cusimano | 0.2 | Corresponded with TGIF (M. Rockwell) re: contracts to reject as of 9/18. |
| **Task Code Total Hours** | | **0.2** | |
| **18. Operating and Other Reports** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 9/9/2025 | H. Foard | 2.1 | Drafted template for post petition liability aging for August MOR. |
| 9/9/2025 | H. Foard | 1.2 | Revised analysis of post petition admin liability aging for August MOR. |
| 9/10/2025 | H. Foard | 2.7 | Drafted exhibit of cash flow figures for August MOR. |
| 9/10/2025 | H. Foard | 0.4 | Performed quality check of cash flow exhibit for August MOR. |
| 9/10/2025 | H. Cusimano | 0.4 | Reviewed post petition liabilities aging for August MOR. |
| 9/10/2025 | H. Cusimano | 0.2 | Reviewed schedule of cash receipts and disbursements for August MOR. |
| 9/11/2025 | K. Richter | 0.2 | Reviewed August MOR exhibit re: post petition liabilities. |
| 9/12/2025 | H. Foard | 2.4 | Drafted balance sheet for August MOR. |
| 9/12/2025 | H. Foard | 0.9 | Calculated estimate of approved and paid professional fees for August MOR. |
| 9/12/2025 | H. Cusimano | 0.5 | Reviewed tax schedule for August MOR. |
| 9/15/2025 | H. Foard | 0.9 | Drafted post petition liabilities exhibit of August MOR. |
| 9/15/2025 | H. Foard | 0.8 | Updated balance sheet exhibit of TGIF Inc. form of August MOR. |
| 9/16/2025 | D. Crandall | 0.8 | Updated August MOR forms by Debtor to include latest P&L data. |
| 9/16/2025 | D. Crandall | 0.7 | Drafted August MOR forms by Debtor to include latest cash flow data. |
| 9/16/2025 | H. Foard | 0.7 | Revised P&L exhibit of TGIF Inc. |
| 9/16/2025 | H. Foard | 0.6 | Revised TGIF Inc. MOR form for August MOR. |
| 9/16/2025 | D. Crandall | 0.4 | Updated TGIF Inc. professional fee reconciliation to include latest data for August MOR. |
| 9/16/2025 | D. Crandall | 0.2 | Drafted cash flow support forms for August MOR. |
| 9/16/2025 | D. Crandall | 0.2 | Drafted P&L support forms for August MOR. |
| 9/17/2025 | K. Richter | 0.5 | Reviewed TGIF Inc. August MOR. |
| 9/18/2025 | D. Crandall | 0.6 | Drafted combined financial support files by Debtor for the August MOR. |
| 9/18/2025 | H. Foard | 0.3 | Revised global notes to August MOR. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| *Task Code Total Hours* | | **17.7** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 9/8/2025 | H. Cusimano | 0.6 | Prepared reconciliation of weekly cash flow actuals for week ending 8/15. |
| 9/8/2025 | H. Cusimano | 0.5 | Prepared reconciliation of weekly cash flow actuals for week ending 8/22. |
| 9/9/2025 | K. Richter | 0.2 | Reviewed current cash position as of 9/9. |
| 9/10/2025 | H. Cusimano | 0.7 | Prepared reconciliation of weekly cash flow actuals for week ending 9/5. |
| 9/10/2025 | H. Cusimano | 0.6 | Prepared reconciliation of weekly cash flow actuals for week ending 8/29. |
| 9/15/2025 | H. Cusimano | 0.6 | Prepared reconciliation of weekly cash flow actuals for week ending 9/12. |
| 9/30/2025 | H. Cusimano | 0.4 | Prepared reconciliation of weekly cash flow actuals for week ending 9/19. |
| *Task Code Total Hours* | | **3.6** | |
| **26. Tax Issues** | | | |
| 9/2/2025 | H. Cusimano | 0.3 | Corresponded with TGIF (S. Flores) re: payment of certain state and local taxes. |
| 9/15/2025 | H. Cusimano | 0.2 | Corresponded with TGIF (S. Flores, R. Jasso) re: state and local tax payments to be processed on 9/15. |
| 9/18/2025 | H. Cusimano | 0.2 | Reviewed certain state and local tax notices received as of 9/18. |
| 9/22/2025 | H. Cusimano | 0.3 | Corresponded with Ropes & Gray (R. Brown) re: certain state and local tax notices received as of 9/29. |
| 9/22/2025 | K. Richter | 0.3 | Reviewed certain state and local tax notices received on 9/22. |
| 9/29/2025 | H. Cusimano | 0.3 | Corresponded with TGIF (L. Tramonte) re: certain state and local tax notices received as of 9/29. |
| 9/29/2025 | H. Cusimano | 0.3 | Corresponded with TGIF (M. Rockwell) re: certain state and local tax notices received as of 9/29. |
| *Task Code Total Hours* | | **1.9** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 9/17/2025 | H. Cusimano | 0.9 | Reviewed updated draft Plan term sheet received as of 9/17. |
| 9/17/2025 | K. Richter | 0.6 | Reviewed revised Plan term sheet provided by Counsel. |
| **Task Code Total Hours** | | **1.5** | |
| **35. Employee Management/ Retention** | | | |
| 9/15/2025 | H. Cusimano | 0.4 | Corresponded with TGIF (N. Shapiro) re: status of employee benefit plans as of 9/15. |
| 9/17/2025 | H. Cusimano | 0.5 | Met with TGIF (C. Bundick) re: employee related updates as of 9/17. |
| 9/17/2025 | K. Richter | 0.5 | Met with TGIF (C. Bundick) to discuss employee transitions. |
| 9/18/2025 | H. Cusimano | 0.3 | Corresponded with TGIF (N. Shapiro) re: wind down of employee benefit plans. |
| 9/22/2025 | K. Richter | 0.8 | Prepared transition plan for remaining Sugarloaf employees. |
| 9/22/2025 | H. Cusimano | 0.3 | Corresponded with TGIF (A. Ingram) re: employee sabbatical information. |
| 9/24/2025 | K. Richter | 0.6 | Updated the Sugarloaf employee transition plan. |
| 9/24/2025 | K. Richter | 0.4 | Corresponded with TGIF (C. Bundick) re: employee transition updates. |
| 9/24/2025 | K. Richter | 0.3 | Corresponded with Ropes & Gray (R. Brown) re: latest employee transition updates. |
| 9/25/2025 | K. Richter | 0.4 | Corresponded with Sugarloaf (E. Easton) re: employee transitions. |
| 9/29/2025 | H. Cusimano | 0.6 | Drafted certain independent contractor agreements. |
| 9/29/2025 | H. Cusimano | 0.5 | Corresponded with certain TGIF independent contractors re: extension of agreements. |
| 9/29/2025 | H. Cusimano | 0.4 | Corresponded with TGIF (A. Ingram) re: employee transition updates as of 9/29. |
| **Task Code Total Hours** | | **6.0** | |
| **36. Operation Management** | | | |
| 9/2/2025 | H. Cusimano | 0.4 | Corresponded with Ropes & Gray (M. Wheat), Lockton (A. McClain) re: status of outstanding insurance refund as of 9/2. |
| 9/4/2025 | H. Cusimano | 0.6 | Reviewed proposed disbursements to be made on 9/4. |
| 9/4/2025 | K. Richter | 0.3 | Evaluated certain vendor invoices for payment on 9/4. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **36. Operation Management** | | | |
| 9/11/2025 | H. Cusimano | 0.4 | Reviewed proposed disbursements to be made on 9/11. |
| 9/18/2025 | H. Cusimano | 0.4 | Reviewed proposed disbursements to be made on 9/18. |
| **Task Code Total Hours** | | **2.1** | |
| **37. Vendor Management** | | | |
| 9/2/2025 | H. Cusimano | 0.4 | Corresponded with Ropes & Gray (M. Wheat), TGIF (R. Jasso) re: reconciliation of certain vendor invoices. |
| 9/3/2025 | H. Cusimano | 0.4 | Corresponded with TGIF (S. Langley, L. Tramonte) re: outstanding IT vendor invoices as of 9/3. |
| 9/3/2025 | K. Richter | 0.4 | Reviewed emails from Counsel re: vendor invoices. |
| 9/3/2025 | H. Cusimano | 0.3 | Corresponded with Foley (Z. Zahn) re: review of certain vendor invoices received as of 9/3. |
| 9/4/2025 | H. Cusimano | 0.2 | Corresponded with TGIF (C. Bundick, R. Jasso) re: status of certain OCP payments as of 9/4. |
| 9/4/2025 | K. Richter | 0.2 | Emailed TGIF (C. Bundick, R. Jasso) re: OCP invoices. |
| 9/10/2025 | H. Cusimano | 0.6 | Updated schedule of estimated vendor payables through August. |
| 9/10/2025 | H. Cusimano | 0.4 | Updated professional fees schedule through August. |
| 9/11/2025 | K. Richter | 0.2 | Reviewed the schedule of updated professional fees through August. |
| 9/18/2025 | H. Cusimano | 0.4 | Corresponded with TGIF (N. Shapiro) and vendor re: renewal of services. |
| 9/30/2025 | H. Cusimano | 0.2 | Corresponded with TGIF (M. Jones, L. Tramonte) re: processing of certain vendor invoices as of 9/30. |
| **Task Code Total Hours** | | **3.7** | |
| **Total Hours** | | **76.0** | |