**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice)*
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com

*Counsel for the Debtors*

**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
honeil@foley.com
mmoore@foley.com
sajones@foley.com
zzahn@foley.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TGI Friday's Inc., *et al.*,[1] | Case No. 24-80069-sgj11 |
| | (Jointly Administered) |
| Debtors. | |

## WITNESS AND EXHIBIT LIST FOR HEARING ON JULY 23, 2026

TGI Friday's Inc. and its affiliated debtors and debtors in possession (each a "Debtor" and

collectively, the "Debtors") hereby file their Witness and Exhibit List for the hearing scheduled

for **Thursday, July 23, 2026, at 9:30 A.M. Central Time** (the "Hearing").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); T G I Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Harford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014).  The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

**WITNESSES**

1.      The Debtors may call any of the following as a witness at the Hearing:

      A.      Kyle Richter of Berkeley Research Group, LLC;

      B.      Angela Tsai of Stretto, Inc.;

      C.      Stephanie Wickouski of Pivot Management Group, LLC;

      D.      Any witness necessary to authenticate a document;

      E.      Any witness called or designated by any other party in interest; and

      F.      Any witness necessary to impeach or rebut the testimony of witnesses called or designated by any other party.

2.      The Debtors may offer any one or more of the following exhibits at the Hearing:

| EX. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1 | Settlement Agreement [Ex. B to Docket No. 924] | | | | |
| | **PLAN AND DISCLOSURE STATEMENT** | | | | |
| 2 | *Declaration of Kyle Richter in Support of Confirmation of the Debtors' First Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 935] | | | | |
| 3 | *Declaration of Angela Tsai on Behalf of Stretto Regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting the Debtors' Joint Chapter 11 Plan of Liquidation of TGI Friday's Inc. and Its Debtor Affiliates* [Docket No. 852] | | | | |
| 4 | *Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 787] | | | | |
| 5 | *Debtors' First Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 930] | | | | |
| 6 | *Debtors' Disclosure Statement Regarding Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 788] | | | | |
| 7 | Liquidation Analysis [Docket No. 825-2] | | | | |
| 8 | First Amended Liquidation Analysis [Docket No. 932-1] | | | | |

| EX. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 9 | *Order (I) Approving the Disclosure Statement; (II) Scheduling a Confirmation Hearing; (III) Establishing a Plan Objection Deadline and Related Procedures; (IV) Approving the Solicitation and Notice Procedures; and (V) Granting Related Relief* [Docket No. 823] | | | | |
| 10 | *Notice of Filing of Proposed Order Confirming the Debtors' First Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 936] | | | | |
| | **PLAN SUPPLEMENT** | | | | |
| 11 | *Notice of Filing of Plan Supplement* [Docket No. 844] | | | | |
| 12 | *Notice of Filing of First Amended Plan Supplement* [Docket No. 848] | | | | |
| 13 | *Notice of Filing of Second Amended Plan Supplement* [Docket No. 933] | | | | |
| 14 | Creditor Trust Agreement [Ex. A-1 to Second Amended Plan Supplement; Docket No. 933-1] | | | | |
| 15 | Schedule of Retained Causes of Action [Ex. B to Plan Supplement; Docket No. 844-2] | | | | |
| 16 | Wind-Down Budget [Ex. C-1 to Second Amended Plan Supplement; Docket No. 933-4] | | | | |
| | **NOTICES OF HEARING** | | | | |
| 17 | *Notice of (I) Hearing on Confirmation of the Debtors' Joint Chapter 11 Plan of Liquidation, (II) Deadline to Cast Votes to Accept or Reject the Plan, and (III) Objection Rights* [Docket No. 826] | | | | |
| 18 | *Notice of (I) Continued Hearing on Confirmation of the Debtors' Joint Chapter 11 Plan of Liquidation, (II) Deadline to Cast Votes to Accept or Reject the Plan, and (III) Objection Rights* [Docket No. 855] | | | | |
| 19 | *Notice of Further Continued Hearing on Confirmation of the Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 870] | | | | |

| EX. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 20 | *Notice of Further Continued Hearing on Confirmation of the Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 909] | | | | |
| | **CERTIFICATES OF SERVICE** | | | | |
| 21 | *Certificate of Service* re: Docket Nos. 789, 790 [Docket No. 792] | | | | |
| 22 | *Certificate of Service* re: Docket No. 795 [Docket No. 797] | | | | |
| 23 | *Certificate of Service* re: Docket No. 799 [Docket No. 802] | | | | |
| 24 | *Certificate of Service* re: Solicitation Materials [Docket No. 834] | | | | |
| 25 | *Supplemental Certificate of Service* re: Solicitation Materials [Docket No. 842] | | | | |
| 26 | *Certificate of Service* re: Docket No. 844 [Docket No. 845] | | | | |
| 27 | *Supplemental Certificate of Service* re: Docket No. 826 [Docket No. 847] | | | | |
| 28 | *Certificate of Service* re: Docket No. 848 [Docket No. 850] | | | | |
| 29 | *Supplemental Certificate of Service* re: Docket No. 826 [Docket No. 853] | | | | |
| 30 | *Supplemental Certificate of Service* re: Docket No. 855 [Docket No. 857] | | | | |
| 31 | *Certificate of Service* re: Docket No. 856 [Docket No. 861] | | | | |
| 32 | *Supplemental Certificate of Service* re: Docket Nos. 826, 855 [Docket No. 874] | | | | |
| 33 | *Certificate of Service* re: Docket No. 870 [Docket No. 880] | | | | |
| 34 | *Supplemental Certificate of Service* re: Docket No. 855 [Docket No. 884] | | | | |
| 35 | *Supplemental Certificate of Service* re: Docket No. 855 [Docket No. 889] | | | | |
| 36 | *Supplemental Certificate of Service* re: Docket Nos. 855, 870 [Docket No. 891] | | | | |

| EX. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 37 | *Supplemental Certificate of Service* re: Docket No. 870 [Docket No. 895] | | | | |
| 38 | *Supplemental Certificate of Service* re: Docket No. 870 [Docket No. 911] | | | | |
| 39 | *Certificate of Service* re: Docket No. 909 [Docket No. 912] | | | | |
| 40 | *Supplemental Certificate of Service* re: Docket No. 909 [Docket No. 920] | | | | |
| 41 | *Supplemental Certificate of Service* re: Docket No. 909 [Docket No. 934] | | | | |
| | **OTHER DOCUMENTS** | | | | |
| | Any document or pleading filed in the above-captioned case(s). | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |

The Debtors reserve the right to supplement or amend this *Witness and Exhibit List* at any time prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

5

Dated:  July 21, 2026

Respectfully submitted by:

*/s/ Holland N. O'Neil*
**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Mark C. Moore (TX 24074751)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
honeil@foley.com
mmoore@foley.com
sajones@foley.com
zzahn@foley.com

- and -

**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com

*Counsel to the Debtors*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

*/s/ Stephen A. Jones*
Stephen A. Jones

6