**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 27, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TGI Friday's Inc., *et al.*,[1] | Case No. 24-80069-sgj11 |
| | (Jointly Administered) |
| Debtors. | |

**FINAL ORDER GRANTING THIRD INTERIM AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM NOVEMBER 15, 2024 THROUGH AUGUST 31, 2026**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: TGI Friday's Inc. (7117); TGI Friday's NY, LLC (2281); TGIF Holdings, LLC (7999); TGIF Midco, Inc. (7296); TGIF Parent, Inc. (1781); Burlington Towne Crossing, Inc. (7501); T G I Friday's of Greenbelt, Inc. (5617); T G I Friday's of Towson, Inc. (5450); TGI Friday's of Wisconsin, Inc. (7600); T.G.I. Friday's Marketing Advisory Council (6527); T.G.I. Friday's of Charles County, Inc. (3516); T.G.I. Friday's of Frederick County, Inc. (2547); T.G.I. Friday's of Hartford County, Inc. (0072); T.G.I. Friday's of Washington County, Inc. (6174); TGI Friday's of Annapolis, Inc. (8315); TGI Friday's of Howard County, Inc. (0119); TGI Friday's of Rockville, Inc. (2004); TGI Friday's of Texas LLC (3931); TGI Friday's of the Rockies, Inc. (7885); TGIF/DFW Manager, LLC (N/A); TGIF/DFW Partner, LLC (N/A); TGIF/JDC Restaurant Development, LLC (N/A); WEBCO Products Incorporated (3014). The Debtors' service address is 19111 North Dallas Parkway, Suite 200, Dallas, TX 75287.

Upon consideration of Pachulski Stang Ziehl & Jones LLP's (the "Firm") third interim and final application for compensation and for reimbursement of expenses [Docket No. 995] (the "Application")[2] filed by the Firm in its capacity as counsel to the Official Committee of Unsecured Creditors of TGI Friday's Inc., *et al.* (the "Committee") appointed in these Chapter 11 cases of the above-captioned debtors and debtor in possession and having considered the evidence, arguments of counsel, and response, if any, this Court is of the opinion that the Application should be granted on a final basis. It is therefore:

**ORDERED** that the Application is **GRANTED** on a final basis in the total sum of $1,182,226.48 of which: (i) $1,174,262.50 represents fees for services rendered during the Third and Final Compensation Period; (ii) $7,963.98 constitutes reimbursable expenses incurred by the Firm during the Third and Final Compensation Period; and it is further

**ORDERED** that the Firm is authorized to be paid any outstanding amounts owed, pursuant to the terms set forth in the Plan.

**### END OF ORDER ###**

[2] Capitalized terms not defined herein shall have the meaning ascribed to such term in the Application.

ORDER SUBMITTED BY:

Michael D. Warner, Esq. (TX Bar No. 00792304)
Theodore S. Heckel, Esq. (admitted *pro hac vice*)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
theckel@pszjlaw.com

- and –

Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
rfeinstein@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*